Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13683−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Charles Bessette
    dba Five Star Painting
    416 Cedar Avenue
    Paramus, NJ 07652

Social Security No.:
    xxx−xx−7494

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 13, 2019.

On 6/25/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           July 25, 2019
Time:           08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 26, 2019
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13683-JKS
Michael Charles Bessette                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2         Date Rcvd: Jun 26, 2019
                               Form ID: 185             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
```
db              +Michael Charles Bessette,    416 Cedar Avenue,     Paramus, NJ 07652-5708
518043958       +Aronow Law, PC,    20 Crossways Park Drive N,     Suite 210,    Woodbury, NY 11797-2007
518043960       +Bergen Anesthesia Group, PC,     PO Box 630,   Franklin Lakes, NJ 07417-0630
518297729       +Borough of Paramus, New Jersey,     C/O Paul Kaufman, Esq.,    2 Executive Drive, Suite 530,
                  Fort Lee, NJ 07024-3302
518043962       +Chase,   Mail Code LA4-5475,    700 Kansas Lane,    Monroe, LA 71203-4774
518043963       +Chase Mtg,    Po Box 24696,   Columbus, OH 43224-0696
518043964       +City MD Urgent Care,    PO Box 791516,    Baltimore, MD 21279-1516
518043965       +Debra Bessette,    416 Cedar Avenue,    Paramus, NJ 07652-5708
518043966       +Englewood Hospital & Medical Center,     350 Engle Street,    Englewood, NJ 07631-1898
518043967       +Firstsource Advantage, LLC,     205 Bryant Woods South,    Buffalo, NY 14228-3609
518043969       +Hayt, Hayt & Landau, LLC,    Two Industrial Way West,     Eatontown, NJ 07724-2279
518190621       +JPMorgan Chase Bank, National Association,     Bankruptcy Department,    Mail Code LA4-5555,
                  700 Kansas Lane,    Monroe, LA 71203-4774
518043970       +MD Partners of EHMC,    PO Box 14099,    Belfast, ME 04915-4034
518043972      #+McCalla Raymer Liebert Pierce LLC,     99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
518043973       +Micheal Bessette,    416 Cedar Avenue,    Paramus, NJ 07652-5708
518043974       +North Short Agency,    270 Spagnoli Road,    Suite 110,    Melville, NY 11747-3515
518209985        Northern Valley Anesthesiology, PA,     PO Box 1123,   Minneapolis MN 55440-1123
518043975       +Radiology Associates,    20 Franklin Turnpike,    Waldwick, NJ 07463-1744
518043976       +Radiology Associates of Ridgewood,     20 Franklin Turnpike,    Waldwick, NJ 07463-1744
518043977       +Santander Consumer USA, Inc.,     Attn: Bankruptcy Dept.,    PO Box 560284,
                  Dallas, TX 75356-0284
518043978       +The Valley Hospital,    223 N Van Dien Ave,    Ridgewood, NJ 07450-2736
518043979       +Township of Paramus,    1 W Jockish Square,    Paramus, NJ 07652-2728
518043980       +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
518138514       +Toyota Motor Credit Corporation,     PO Box 9013,   Addison, Texas 75001-9013
518043981       +Valley Emergency Room Assoc.,     PO Box 808,   Grand Rapids, MI 49518-0808
518043982       +Valley Physician Services,     PO Box 14099,   Belfast, ME 04915-4034
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2019 00:28:36      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2019 00:28:32     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 00:21:23
                  Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
518043959       +E-mail/Text: bankruptcy@pepcoholdings.com Jun 27 2019 00:28:02      Atlantic City Electric,
                  P.O. Box 17006,    Wilmington, DE 19850-7006
518062869        E-mail/Text: bankruptcy@pepcoholdings.com Jun 27 2019 00:28:02
                  Atlantic City Electric Company,    Pepco Holdings, Inc.,
                  Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                  Carneys Point, NJ 08069-3600
518043961        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2019 00:23:08
                  Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
518125617       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2019 00:34:02
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518163840       +E-mail/Text: bankruptcy@cavps.com Jun 27 2019 00:28:53      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518043968       +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 00:22:10      GECRB/Care Credit,
                  PO Box 965036,    Orlando, FL 32896-5036
518043971       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2019 00:28:31      MIdland Credit Management,
                  ATTN: Bankruptcy,    2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
518045821       +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 00:22:09      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518193729       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 27 2019 00:34:02      Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518043983       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 27 2019 00:24:42
                  Verizon Wireless,    PO Box 25505,   Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518043957        19-13683
cr             ##+Santander Consumer USA Inc.,    8585 N. Stemmons Fwy.,     Ste 1100-N,   Dallas, TX 75247-3822
                                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Jun 26, 2019
                               Form ID: 185             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Javier L. Merino    on behalf of Debtor Michael Charles Bessette jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```