**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MICHAEL CHARLES BESSETTE,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  19-13683 JKS

**NOTICE OF RESERVE ON CLAIM**

Creditor:  BOROUGH OF PARAMUS
Trustee Claim #:  24
Court Claim #  10
Claimed Amount:  $14,307.13
Date Claim Filed:  06/12/2019

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Creditor has returned payment with letter stating they don't know how to apply payment and cannot accept parcel payment due to tax lien.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  July 08, 2019

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

MICHAEL CHARLES BESSETTE
416 CEDAR AVENUE
PARAMUS, NJ   07652

JAVIER L. MERINO
DANNLAW
1 MEADOWLANDS PLAZA
SUITE 200
EAST RUTHERFORD, NJ   07073

KAUFMAN SEMERARO AND LEIBMAN LLP
TWO EXECUTIVE DR STE 530
FORT LEE, NJ   07024

BOROUGH OF PARAMUS
TAX COLLECTOR BOROUGH OF PARAMUS
1 JOCKISH SQUARE
PARAMUS, NJ   07652

BOROUGH OF PARAMUS
SHERYL A LUNA
1 JOCKISH SQUARE
PARAMUS, NJ   07652