| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> **RODRIGUEZ LAW GROUP, LLC** <br> **14 Elm Street** <br> **Morristown, NJ 07960** <br> **Ph: (973) 998-7973** <br> **Fax: (973) 998-7974** <br> **Attorneys for D1 Softball, LLC** | |
| In Re: <br><br>     MICHAEL CHARLES BESSETTE, <br><br>                 Debtor. | Chapter 13 Proceeding <br><br> Case No.: 19-13683 (JKS) <br><br> Judge: John K. Sherwood, U.S.B.J. |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to *Fed. R. Bank. Pro.* 9010(b) the undersigned enters her appearance as attorney for the secured creditor, **D1 Softball, LLC,** requests that the documents filed in this case and identified below be served on the undersigned at this address:

    **ADDRESS:**

        SUSAN B. FAGAN-RODRIGUEZ, ESQ.
        Rodriguez Law Group, LLC
        14 Elm Street
        Morristown, NJ 07960
        sbflesq@optonline.net

    **DOCUMENTS:**

        ■ All notices entered pursuant to Fed. R. Bank P. 2002.

        ■ All documents and pleadings of any nature.

                            By: /s/ Susan B. Fagan-Rodriguez
                            Susan B. Fagan-Rodriguez (ID#042141989)