Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19–13683–JKS
          Chapter:  13
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Charles Bessette
  dba Five Star Painting
  416 Cedar Avenue
  Paramus, NJ 07652

Social Security No.:
  xxx–xx–7494

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 26, 2019.

On 05/19/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                June 11, 2020
Time:                08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 20, 2020
JAN: sjp

                                                                                                     Jeanne Naughton
                                                                                                    Clerk