Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−13683−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Charles Bessette
   dba Five Star Painting
   416 Cedar Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−7494

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     7/9/20
Time:    10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Javier L. Merino, Debtor's Attorney

COMMISSION OR FEES
$1394.50

EXPENSES

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 19, 2020
JAN:

                                                                     Jeanne Naughton
                                                                     Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                  Case No. 19-13683-JKS
Michael Charles Bessette                                                Chapter 13
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2              Date Rcvd: Jun 19, 2020
                               Form ID: 137                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db             +Michael Charles Bessette,    416 Cedar Avenue,    Paramus, NJ 07652-5708
518043958     #+Aronow Law, PC,    20 Crossways Park Drive N,    Suite 210,    Woodbury, NY 11797-2007
518043960      +Bergen Anesthesia Group, PC,    PO Box 630,    Franklin Lakes, NJ 07417-0630
518297729      +Borough of Paramus, New Jersey,    C/O Paul Kaufman, Esq.,    2 Executive Drive, Suite 530,
                 Fort Lee, NJ 07024-3302
518043964      +City MD Urgent Care,    PO Box 791516,    Baltimore, MD 21279-1516
518043965      +Debra Bessette,    416 Cedar Avenue,    Paramus, NJ 07652-5708
518043966      +Englewood Hospital & Medical Center,     350 Engle Street,    Englewood, NJ 07631-1898
518043967      +Firstsource Advantage, LLC,    205 Bryant Woods South,     Buffalo, NY 14228-3609
518043969      +Hayt, Hayt & Landau, LLC,    Two Industrial Way West,    Eatontown, NJ 07724-2279
518043970      +MD Partners of EHMC,    PO Box 14099,    Belfast, ME 04915-4034
518043973      +Micheal Bessette,    416 Cedar Avenue,    Paramus, NJ 07652-5708
518043974      +North Short Agency,    270 Spagnoli Road,    Suite 110,    Melville, NY 11747-3515
518209985       Northern Valley Anesthesiology, PA,    PO Box 1123,    Minneapolis MN 55440-1123
518043975      +Radiology Associates,    20 Franklin Turnpike,    Waldwick, NJ 07463-1744
518043976      +Radiology Associates of Ridgewood,     20 Franklin Turnpike,    Waldwick, NJ 07463-1744
518043977      +Santander Consumer USA, Inc.,    Attn: Bankruptcy Dept.,    PO Box 560284,
                 Dallas, TX 75356-0284
518043978      +The Valley Hospital,    223 N Van Dien Ave,    Ridgewood, NJ 07450-2736
518043979      +Township of Paramus,    1 W Jockish Square,    Paramus, NJ 07652-2728
518043980      +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
518138514      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518043981     #+Valley Emergency Room Assoc.,    PO Box 808,    Grand Rapids, MI 49518-0808
518043982      +Valley Physician Services,    PO Box 14099,    Belfast, ME 04915-4034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2020 02:20:12      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2020 02:20:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2020 02:16:40
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518043959      +E-mail/Text: bankruptcy@pepcoholdings.com Jun 20 2020 02:19:40      Atlantic City Electric,
                 P.O. Box 17006,    Wilmington, DE 19850-7006
518062869       E-mail/Text: bankruptcy@pepcoholdings.com Jun 20 2020 02:19:40
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
518043961       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2020 02:16:11
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
518125617      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 20 2020 02:18:07
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518163840      +E-mail/Text: bankruptcy@cavps.com Jun 20 2020 02:20:38      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518043968      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2020 02:16:41      GECRB/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
518043962       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 20 2020 02:17:35      Chase,
                 Mail Code LA4-5475,    700 Kansas Lane,    Monroe, LA 71203
518043963       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 20 2020 02:16:08      Chase Mtg,
                 Po Box 24696,    Columbus, OH 43224
518793285       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 20 2020 02:17:36
                 JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203
518190621       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 20 2020 02:17:36
                 JPMorgan Chase Bank, National Association,    Bankruptcy Department,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203
518043971      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 20 2020 02:20:08      MIdland Credit Management,
                 ATTN: Bankruptcy,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
518045821      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2020 02:16:41      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518193729      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 20 2020 02:28:35      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518043983      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 20 2020 02:18:31
                 Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518043957       19-13683
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 19, 2020
                               Form ID: 137             Total Noticed: 39

cr              ##+Santander Consumer USA Inc.,     8585 N. Stemmons Fwy.,    Ste 1100-N,    Dallas, TX 75247-3822
518043972       ##+McCalla Raymer Liebert Pierce LLC,    99 Wood Avenue, Suite 803,    Iselin, NJ 08830-2713
                                                                                          TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Javier L. Merino    on behalf of Debtor Michael Charles Bessette jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor   JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com
              Melissa N. Licker    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com
              Susan B. Fagan-Rodriguez    on behalf of Creditor   D1 Softball, LLC sfresq@rlgllclaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```