UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Javier L. Merino
DannLaw
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com

In Re:

Michael Charles Bessette

Case No.: 19-13683

Chapter: 13

Judge: JKS

Order Filed on July 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 10, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Javier L. Merino_____, the applicant, is allowed a fee of $ \_\_\_\_\_1,394.50\_\_\_\_\_ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,394.50\_\_\_\_\_ . The allowance shall be payable:

☑   through the Chapter 13 plan as an administrative priority.

❏   outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_738\_\_\_\_\_ per month for \_\_\_last 65\_\_\_ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*