| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Javier L. Merino<br>DannLaw<br>372 Kinderkamack Road, Suite 5<br>Westwood, NJ 07675<br>Phone: 216-373-0539<br>Fax: 216-373-0536<br>notices@dannlaw.com | Order Filed on July 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Michael Charles Bessette | Case No.: 19-13683<br>Chapter: 13<br>Judge: JKS |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 10, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Javier L. Merino _____, the applicant, is allowed a fee of $ _____ 1,394.50 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 1,394.50 _____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 738 _____ per month for _____ last 65 _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Charles Bessette  
      Debtor

Case No. 19-13683-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 13, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.  
db            +Michael Charles Bessette,    416 Cedar Avenue,    Paramus, NJ 07652-5708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2020 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Javier L. Merino    on behalf of Debtor Michael Charles Bessette jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com  
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com  
          Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com  
          Susan B. Fagan-Rodriguez    on behalf of Creditor    D1 Softball, LLC sfresq@rlgllclaw.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                  TOTAL: 9