UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

In Re:

MICHAEL CHARLES BESSETTE

Case No.: 19-13683

Chapter: _____

Hearing Date: 12/10/2020

Judge: John K Sherwood

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled       ☐ Withdrawn

Matter: Status Conference

_____

Date: 11/9/2020                              /s/ Brian M Knapp
                                              Signature

*rev.8/1/15*