**SELLAR RICHARDSON, P.C.**
By: Denise M. Luckenbach
293 Eisenhower Parkway
Suite 350
Livingston, New Jersey, 07039
(973) 992-6677
Executrix of the Estate of
Susan B. Rodriguez,
Attorney for Creditor,
D1 Softball, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: MICHAEL CHARLES BESSETTE,<br><br>Debtor(s). | CHAPTER 13<br><br>Case Number: 19-13683(JKS) |

**WITHDRAWAL OF DOCUMENT**

The undersigned counsel for the above creditor hereby withdraws the following document filed in this cause. The details are as follows:

Docket Entry: 37

Filing date:  7/30/2019

Nature of document: Notice of Appearance and Request for Service

Reason for withdrawal: Susan B. Fagan-Rodriguez, Esq., is no longer able to represent Creditor D1 Softball, LLC.


Dated: 12/17/2020

                                                 /s/ Denise M. Luckenbach, Esq.
                                                 Sellar Richardson, P.C.
                                                 By: Denise M. Luckenbach, Esq.,
                                                 Executrix of the Estate of
                                                 Susan B. Rodriguez,
                                                 Attorney for Creditor,
                                                 D1 Softball, LLC