DannLaw
Javier L. Merino, Esq., #078112014
Javier L. Merino, Esq.
Attorneys for Debtor
1520 U.S. Highway 130
Suite 101
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com
Attorneys for Debtor

|  |  | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|---|---|
|  | x | CHAPTER 13 |
| IN RE: | x | CASE NO.: 19-13683-JKS |
|  | x |  |
| Michael Charles Bessette | x | NOTICE OF MOTION TO ALLOW LATE |
|  | x | FILED CLAIM, OR IN ALTERNATIVE, |
| Debtor | x | REINSTATING AND AMENDING CLAIM NO. |
|  | x | 10 |
|  | x |  |
|  | x | HEARING DATE: January 13, 2022 at 10:00AM |

**PLEASE TAKE NOTICE** that the undersigned, attorney for the Debtor, will apply to the above-named Court at the U.S. Bankruptcy Court House at 50 Walnut Street, Courtroom #3D, Newark, NJ 07102 on January 13, 2022, at 10:00AM, or as soon thereafter as counsel may be heard, for an Order Allowing the Debtor to file a Late Proof of Claim on behalf of D1 Softball Clinic, LLC, or in the Alternative, an Order Reinstating and Amending Claim No. 10

An accompanying brief has not been submitted because Local Rule permits a Debtor to file the instant Motion supported by a Certification attesting to the operative circumstances and the Movant's entitlement to the relief requested.

**PLEASE TAKE FURTHER NOTICE** that if you contest this Motion, you must appear in Court on the date noted above and you are further required to file with the Court and serve on

the undersigned a written response, in accordance with Rules of Court, no later than 7 days prior to the hearing date set forth herein. If a written response is not served and filed, the Court will treat this Motion as uncontested and may not conduct a hearing.

                                                                  DannLaw
                                                                  BY:   /s/ Javier L. Merino
                                                                              Javier L. Merino, Esq.

DATED:    December 14, 2021