# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1          Debra Bessette

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of New Jersey

Case number   19-13683

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:   Identify the Claim

| | |
|---|---|
| 1.  Who is the current creditor? | Borough of Paramus <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2.  Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes.  From whom? |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Sheryl A. Luna (Tax Collector) <br> Name | Tax Collector, Borough of Paramus <br> Name |
| 1 Jockish Square <br> Number          Street | 1 Jockish Square <br> Number          Street |
| Paramus            NJ          07652 <br> City                State        ZIP Code | Paramus            NJ          07652 <br> City                State        ZIP Code |
| Contact phone (201) 265 - 2100 ext 2270 | Contact phone (201) 265 - 2100 ext 2270 |
| Contact email sluna@paramusborough.org | Contact email sluna@paramusborough.org |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

\_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

| | |
|---|---|
| 4.  Does this claim amend one already filed? | ☑ No <br> ☐ Yes.  Claim number on court claims registry (if known) _____         Filed on _____ <br> MM  / DD  / YYYY |
| 5.  Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes.  Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$_____ 14,307.13 . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Municipal property taxes past due to the Borough of Paramus

**9. Is all or part of the claim secured?**

☐ No

☑ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                          $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 14,307.13 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  6/11/2019
MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Rafael Corbalan | | |
| | First name | Middle name | Last name |
| Title | Associate Attorney | | |
| Company | Kaufman, Semeraro & Liebman LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | Two Executive Drive, Suite 530 | | |
| | Number      Street | | |
| | Fort Lee | NJ | 07024 |
| | City | State | ZIP Code |
| Contact phone | (201) 947 - 8855 | Email rcorbalan@northjerseyattorneys.com | |

May 21, 2019
09:22 AM

BOROUGH OF PARAMUS
Lien Redemption Work Sheet - Certificate: 17-00007

Page No: 1

Certificate: 17-00007
  Prop Loc: 416 CEDAR ST

Owner: BESSETTE, DEBRA
Address: 416 CEDAR ST
         PARAMUS NJ    07652

Type of Lien: Outside
Interest Rate: 0.00
     Apr 2: N
  Premium:    17,100.00

       Block/Lot/Qual: 5818.       4.
            Sale Date: 12/07/18     Holder Name: D1SOFTBALL
Redemption Calculation Date: 05/21/19   Address: 20 GLENSIDE TERRACE
   Include Current Charges: N                    MONTCLAIR, NJ 07043

Holder Id: 219

## TAX SALE CERTIFICATE:

| Balance Type | Principal | Interest | Total |
|---|---|---|---|
| Tax | 5,167.68 | 1,084.76 | 6,252.44 |

                                  Cost:      150.00
                      Total Certificate:              6,402.44
#Days:  164  Per Diem:   0.000000   Int on Cert:          0.00
              Redemption Penalty ( 4.00 %):           256.10
                                 Total:            6,658.54

## SUBSEQUENT CHARGES:

| Balance Type | Year | Prd | Date | Prin/Penalty | Interest Rate | Per Diem | #Days | Interest | Total |
|---|---|---|---|---|---|---|---|---|---|
| Tax | 2018 | 1 | 12/20/18 | 1,580.40 | 18.00 | 0.790200 | 151 | 119.32 | 1,699.72 |
| Tax | 2018 | 2 | 12/20/18 | 1,359.83 | 18.00 | 0.679915 | 151 | 102.67 | 1,462.50 |
| Tax | 2018 | 3 | 12/20/18 | 1,481.16 | 18.00 | 0.740580 | 151 | 111.83 | 1,592.99 |
| Tax | 2018 | 4 | 12/20/18 | 1,328.31 | 18.00 | 0.664155 | 151 | 100.29 | 1,428.60 |
| Tax | 2019 | 1 | 02/14/19 | 1,397.02 | 18.00 | 0.698510 | 97 | 67.76 | 1,464.78 |
| | | | Total: | 7,146.72 | | | | 501.87 | 7,648.59 |

## BALANCE TYPE SUMMARY:

| | Certificate Total & Subseq. Prin/Penalty | Interest | Total |
|---|---|---|---|
| Certificate Tax | 6,252.44 | 0.00 | 6,252.44 |
| Subseq Tax | 7,146.72 | 501.87 | 7,648.59 |
| Total Tax | 13,399.16 | 501.87 | 13,901.03 |
| Certificate Cost | 150.00 | 0.00 | 150.00 |

## LIEN REDEMPTION:

              Principal:  13,549.16
Redemption Penalty ( 4.00 %):   256.10
              Interest:     501.87
     TOTAL REDEMPTION:   14,307.13      Total Per Diem: 3.573360

2nd Req

May 21, 2019                                 BOROUGH OF PARAMUS                                 Page No: 1
09:22 AM                       Lien Redemption Work Sheet - Certificate: 17-00007

---

Certificate: 17-00007              Owner: BESSETTE, DEBRA              Type of Lien: Outside
  Prop Loc: 416 CEDAR ST         Address: 416 CEDAR ST               Interest Rate: 0.00
                                          PARAMUS NJ    07652                 Apr 2: N
                                                                          Premium:   17,100.00
      Block/Lot/Qual: 5818.        4.
          Sale Date: 12/07/18   Holder Name: D1SOFTBALL              Holder Id: 219
Redemption Calculation Date: 05/21/19    Address: 20 GLENSIDE TERRACE
   Include Current Charges: N            MONTCLAIR, NJ 07043

---

TAX SALE CERTIFICATE:

---

| Balance Type | Principal | Interest | Total |
|---|---|---|---|
| Tax | 5,167.68 | 1,084.76 | 6,252.44 |

|  |  |  |
|---|---|---|
| Cost: | 150.00 |  |
| Total Certificate: |  | 6,402.44 |
| #Days: 164  Per Diem: 0.000000   Int on Cert: |  | 0.00 |
| Redemption Penalty ( 4.00 %): |  | 256.10 |
| Total: |  | 6,658.54 |

SUBSEQUENT CHARGES:

---

| Balance Type | Year | Prd | Date | Prin/Penalty | Interest Rate | Per Diem | #Days | Interest | Total |
|---|---|---|---|---|---|---|---|---|---|
| Tax | 2018 | 1 | 12/20/18 | 1,580.40 | 18.00 | 0.790200 | 151 | 119.32 | 1,699.72 |
| Tax | 2018 | 2 | 12/20/18 | 1,359.83 | 18.00 | 0.679915 | 151 | 102.67 | 1,462.50 |
| Tax | 2018 | 3 | 12/20/18 | 1,481.16 | 18.00 | 0.740580 | 151 | 111.83 | 1,592.99 |
| Tax | 2018 | 4 | 12/20/18 | 1,328.31 | 18.00 | 0.664155 | 151 | 100.29 | 1,428.60 |
| Tax | 2019 | 1 | 02/14/19 | 1,397.02 | 18.00 | 0.698510 | 97 | 67.76 | 1,464.78 |
|  |  |  | Total: | 7,146.72 |  |  |  | 501.87 | 7,648.59 |

BALANCE TYPE SUMMARY:

| | Certificate Total & Subseq. Prin/Penalty | Interest | Total |
|---|---|---|---|
| Certificate Tax | 6,252.44 | 0.00 | 6,252.44 |
| Subseq Tax | 7,146.72 | 501.87 | 7,648.59 |
| Total Tax | 13,399.16 | 501.87 | 13,901.03 |
| Certificate Cost | 150.00 | 0.00 | 150.00 |

LIEN REDEMPTION:

|  |  |
|---|---|
| Principal: | 13,549.16 |
| Redemption Penalty ( 4.00 %): | 256.10 |
| Interest: | 501.87 |
| TOTAL REDEMPTION: | 14,307.13 |

Total Per Diem: 3.573360

2nd
Req