# EXHIBIT B

## ✉ 05527-Bessette,Michael-Chapter 13 Bankruptcy

**From:** Amy Collins <amy@dannlaw.com>
**To:** Javier Merino <jmerino@dannlaw.com>
**Date:** 06/02/2019
**Subject:** Re: Michael Bessette | 416 Cedar Ave., Paramus, 07652

Celina,

Good evening, I am just following up on the previous email to see if your office is going to be filing a Proof of Claim on this matter.

Thank you.

Amy Collins, Paralegal
*DannLaw*
*Mailing address:*
PO Box 6031040
Cleveland OH 44103

Office Address:
2181 Victory Parkway, Suite 101
Cincinnati, OH 45206

(513) 370-5788 Direct Dial
(216) 373-0539 Main Office
(216) 373-0536 fax
amy@dannlaw.com

[image: Inline image 1] Illinois | Kentucky | Ohio | New Jersey | New York

CONFIDENTIALITY NOTICE – This email message, and any attachments that it may contain, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure is prohibited. If you are not the intended recipient, please contact me by reply email and destroy all copies of the original message. Thank you.

On Tue, May 21, 2019 at 9:59 AM Javier L.Merino <jmerino@dannlaw.com> wrote:

> Celina,
>
>
>
> This is very helpful information.
>
>
>
> The Debtor plans on curing the tax lien via the Proof of Claim through his
> Chapter 13 plan payments. We look forward to your filing the Proof of Claim
> to ensure proper payment through the Plan.
>
>
>
> Regards,
>
>
>
> *Javier L. Merino, Esq.*
>
> Partner
>
> *DannLaw*
>
> *PLEASE NOTE OUR NEW OFFICE ADDRESS EFFECTIVE APRIL 29, 2019*
>
> 372 Kinderkamack Road, Suite 5
>
> Westwood, NJ 07675
>
> 201-355-3440 Direct
>
> 216-373-0539 Main Office
>
> 216-373-0536 Fax
>
> jmerino@DannLaw.com
>

\>

\>

> [image: Inline image 1] Illinois | Kentucky | Ohio | New Jersey | New

> York

\>

\>

\>

> *From:* Celina Checo <ccheco@paramusborough.org>

> *Sent:* Tuesday, May 21, 2019 9:55 AM

> *To:* 'Javier Merino' <jmerino@dannlaw.com>

> *Cc:* Sheri Biondi <sbiondi@paramusborough.org>;

> pkaufman@northjerseyattorneys.com; jsantagata@northjerseyattorneys.com

> *Subject:* RE: Michael Bessette | 416 Cedar Ave., Paramus, 07652

\>

\>

\>

> Good Morning Javier,

\>

\>

\>

> Attached you will see two amounts for the lien on this property. We have

> calculated the 1st amount as of 2/22/2019 the date of the bankruptcy

> filing for the proof of claim. The 2nd amount is calculated as of today's

> date if you are looking to redeem this lien. If you have any questions

> please let us know.

\>

\>

\>

> Thank you,

\>

> Celina

\>

\>

\>

> *From:* Javier Merino [mailto:jmerino@dannlaw.com <jmerino@dannlaw.com>]

> *Sent:* Tuesday, May 14, 2019 10:59 AM

> *To:* Tax Collector

> *Cc:* Amy Collins

> *Subject:* Michael Bessette | 416 Cedar Ave., Paramus, 07652

\>

> 
> 
> Good morning,
> 
> 
> 
> We represent the above-mentioned homeowner in his Chapter 13 Bankruptcy,
> case number 19-13683.
> 
> 
> 
> I understand Mr. Bessette has a past due tax debt to the township. Can you
> please confirm the amount of the debt and whether you will be filing a
> proof of claim so we can make sure it is included in the plan?
> 
> 
> 
> 
> 
> 
> Sincerely,
> 
> Javier L. Merino, Esq.
> Partner
> DannLaw
> 1 Meadowlands Plaza, Suite 200
> East Rutherford, NJ 07073
> 201-355-3440 Direct
> 216-373-0539 Main Office
> 216-373-0536 Fax
> jmerino@DannLaw.com
> 
> The information contained in this transmission is for the sole use of the
> intended recipient(s) and may contain confidential and privileged
> information and may be considered advisory, consultative and deliberative
> material under OPRA. Any unauthorized review; use, disclosure or
> distribution of this communication is strictly prohibited. If you have
> received this e-mail in error, please contact the sender by reply e-mail
> and destroy all paper and electronic copies of the original message.

\>