# EXHIBIT C

# ✉ 05527-Bessette,Michael-Chapter 13 Bankruptcy

| | |
|---|---|
| **From:** | Javier Merino <jmerino@dannlaw.com> |
| **To:** | Amy Collins <amy@dannlaw.com> |
| **Date:** | 08/20/2019 |
| **Subject:** | RE: Michael Charles Bessette Ch 13 Cae No 19-13683 |

Susan,

My bad. Here you go.

Javier L. Merino, Esq.

Partner

DannLaw

372 Kinderkamack Road, Suite 5

Westwood, NJ 07675

201-355-3440 Direct

216-373-0539 Main Office

216-373-0536 Fax

<mailto:jmerino@DannLaw.com> jmerino@DannLaw.com

Kentucky | Ohio | New Jersey | New York

From: faganRodriguez <sbflesq@optonline.net>
Sent: Tuesday, August 20, 2019 5:36 PM
To: Javier Merino <jmerino@dannlaw.com>
Subject: RE: Michael Charles Bessette Ch 13 Cae No 19-13683

Javier, I am following up on your email of August 1, 2019. I have not received any documents which support the debtor's claim that he has a titled interest in the subject property. Please advise.

Regards,

Susan B. Fagan-Rodriguez, Esq.

Rodriguez Law Group, LLC

14 Elm Street

Morristown, NJ 07960

Ph 973-998-7973

Fx 973-998-7974

sbflesq@optonline.net <mailto:sbflesq@optonline.net>

IMPORTANT CONFIDENTIALITY NOTICE

This message (including any/all attachments) is being sent by an attorney and is intended exclusively for the individual or entity to which it is addressed. This message (including any/all attachments) contains information that is proprietary, privileged, confidential, and/or otherwise legally protected from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, and/or disseminate this message and/or any part of it (including any/all attachments). If you received this message in error, please notify the sender immediately and permanently delete and destroy any/all copies of this message (including any/all attachments).

DISCLAIMER REGARDING REPRESENTATION

This message is for general informational only and doesn't establish attorney-client relations.

On August 1, 2019 at 9:42 AM Javier Merino <jmerino@dannlaw.com <mailto:jmerino@dannlaw.com> > wrote:

Susan,

Nice chatting with you just now.

As you requested, we'll get copies of the notes and mortgages from both mortgages over to you.

I am hopeful we can resolve this as this is a 100% plan.

Regards,

Javier L. Merino, Esq.

Partner

DannLaw

PLEASE NOTE OUR NEW OFFICE ADDRESS EFFECTIVE APRIL 29, 2019

372 Kinderkamack Road, Suite 5

Westwood, NJ 07675.

201-355-3440 Direct

216-373-0539 Main Office

216-373-0536 Fax

jmerino@DannLaw.com <mailto:jmerino@DannLaw.com>

Illinois | Kentucky | Ohio | New Jersey | New York

From: sbflesq [mailto:sbflesq@optonline.net]
Sent: Wednesday, July 31, 2019 9:18 PM
To: Javier Merino <jmerino@dannlaw.com <mailto:jmerino@dannlaw.com> >
Subject: RE: Michael Charles Bessette Ch 13 Cae No 19-13683

Why are you still responding to emails at 9 p.m.? Lol. TC=tax collector. TSC= tax sale certificate. IPP=Installment payment plan. Any chance you are in Newark BK tomorrow? I am there for confirmation in the a.m. we can talk then or touch base by phone later in the day.

Sent from my Verizon, Samsung Galaxy smartphone

Susan Fagan-Rodriguez, Esq.

RODRIGUEZ LAW GROUP, LLC

14 Elm Street

Morristown, NJ 07960

-------- Original message --------

From: Javier Merino <jmerino@dannlaw.com <mailto:jmerino@dannlaw.com> >

Date: 7/31/19 9:02 PM (GMT-05:00)

To: 'faganRodriguez' <sbflesq@optonline.net <mailto:sbflesq@optonline.net> >, 'Marie-Ann Greenberg' <mag@magtrustee.com <mailto:mag@magtrustee.com> >

Cc: 'Brian Knapp' <bmk@magtrustee.com <mailto:bmk@magtrustee.com> >, 'Amy Collins' <amy@dannlaw.com <mailto:amy@dannlaw.com> >

Subject: RE: Michael Charles Bessette Ch 13 Cae No 19-13683

Hi Susan,

Please excuse my ignorance, but I do not know what any of your acronyms mean. Can you please

explain?

Thanks,

Javier L. Merino, Esq.

Partner

DannLaw

PLEASE NOTE OUR NEW OFFICE ADDRESS EFFECTIVE APRIL 29, 2019

372 Kinderkamack Road, Suite 5

Westwood, NJ 07675

201-355-3440 Direct

216-373-0539 Main Office

216-373-0536 Fax

<mailto:jmerino@DannLaw.com> jmerino@DannLaw.com

From: faganRodriguez <sbflesq@optonline.net <mailto:sbflesq@optonline.net> >
Sent: Wednesday, July 31, 2019 5:18 PM
To: Marie-Ann Greenberg <mag@magtrustee.com <mailto:mag@magtrustee.com> >
Cc: Brian Knapp <bmk@magtrustee.com <mailto:bmk@magtrustee.com> >; Javier L.Merino <jmerino@dannlaw.com <mailto:jmerino@dannlaw.com> >
Subject: RE: Michael Charles Bessette Ch 13 Cae No 19-13683

Thanks Marie. The TC returned the payment because they realized that they didn't hold the TSC but had sold it to D1 and absent an IPP agreement or a BK, they cannot take partial payments. But, they should have also realized that the Debtor does not appear on the tax rolls or deed abstract on the property. Beyond the fact that the property may not be property of the estate under 541, I have a problem with the Debtor using a BK to force an IPP on a TSC that was issued against property on which he is not in title. Javier, feel free to contact me to discuss directly.

Regards,

Susan B. Fagan-Rodriguez, Esq.
Rodriguez Law Group, LLC
14 Elm Street
Morristown, NJ 07960
Ph 973-998-7973

Fx 973-998-7974

sbflesq@optonline.net <mailto:sbflesq@optonline.net>

IMPORTANT CONFIDENTIALITY NOTICE

This message (including any/all attachments) is being sent by an attorney and is intended exclusively for the individual or entity to which it is addressed. This message (including any/all attachments) contains information that is proprietary, privileged, confidential, and/or otherwise legally protected from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, and/or disseminate this message and/or any part of it (including any/all attachments). If you received this message in error, please notify the sender immediately and permanently delete and destroy any/all copies of this message (including any/all attachments).

DISCLAIMER REGARDING REPRESENTATION

This message is for general informational only and doesn't establish attorney-client relations.

On July 31, 2019 at 9:08 AM Marie-Ann Greenberg <mag@magtrustee.com <mailto:mag@magtrustee.com> > wrote:

Meant to also include debtor's attorney. Javier, can you reply to all?

Also, funds from the tax collector were returned to us because it did not pay off lien in full……

From: Marie-Ann Greenberg
Sent: Wednesday, July 31, 2019 9:05 AM
To: faganRodriguez <sbflesq@optonline.net <mailto:sbflesq@optonline.net> >
Cc: Brian Knapp <bmk@magtrustee.com <mailto:bmk@magtrustee.com> >
Subject: RE: Michael Charles Bessette Ch 13 Cae No 19-13683

Hi Susan,

I copied Brian on this as he handles the JKS confirmations. We do not ask for deeds on all cases and have none on this. I will say that if you re referring to the realty at 416 Cedar Ave. the mortgage claim does have the debtor on the HELOC. Not sure if that helps you at all. Also, there was no objection from the mortgagee as to ownership of the realty.

Thank you,

Marie-Ann Greenberg, Esq.

Ch. 13 Standing Trustee

30 Two Bridges Road

Suite 330

Fairfield, New Jersey 07004

973-227-2840 ext 112

www.magtrustee.com <http://www.magtrustee.com/>

www.ndc.org <http://www.ndc.org/>

**PLEASE NOTE THAT I AM AT 341A HEARINGS ON EACH TUESDAY AND WILL NOT BE ABLE TO REPLY TO YOUR E-MAIL****

THE INFORMATION CONTAINED ON AND WITH THIS EMAIL MESSAGE IS INTENDED FOR THE ADDRESSEE ONLY. IF YOU ARE NOT THE ADDRESSEE, YOU ARE PUT ON NOTICE THAT ANY USE, DISCLOSURE, REPRODUCTION, DISTRIBUTION OR DISSEMINATION OF THE INFORMATION CONTAINED HEREIN IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE EMAIL MESSAGE IN ERROR, PLEASE CONTACT THE SENDER IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETRIEVAL OF THE ORIGINAL DOCUMENTS AT NO COST TO YOU. THE INFORMATION IN THE EMAIL MESSAGE MAY BE PRIVILEGED AS ATTORNEY WORK-PRODUCT OR OTHERWISE

From: faganRodriguez [mailto:sbflesq@optonline.net]
Sent: Tuesday, July 30, 2019 6:52 PM
To: Marie-Ann Greenberg <mag@magtrustee.com <mailto:mag@magtrustee.com> >
Subject: Michael Charles Bessette Ch 13 Cae No 19-13683

Hello Marie, I am looking at this file for the Tax Lien holder (who was not noticed of the filing) and I am curious if the Debtor provided you with a copy of the Deed to the listed real estate at his 341 hearing? From all indicia, the Debtor does not own the property.

Regards,

Susan B. Fagan-Rodriguez, Esq.
Rodriguez Law Group, LLC
14 Elm Street
Morristown, NJ 07960
Ph 973-998-7973
Fx 973-998-7974
sbflesq@optonline.net <mailto:sbflesq@optonline.net>

IMPORTANT CONFIDENTIALITY NOTICE
This message (including any/all attachments) is being sent by an attorney and is intended exclusively for the individual or entity to which it is addressed. This message (including any/all attachments) contains information that is proprietary, privileged, confidential, and/or otherwise legally protected

from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, and/or disseminate this message and/or any part of it (including any/all attachments). If you received this message in error, please notify the sender immediately and permanently delete and destroy any/all copies of this message (including any/all attachments).

DISCLAIMER REGARDING REPRESENTATION
This message is for general informational only and doesn't establish attorney-client relations.