# EXHIBIT D

ROBERT A. DEL VECCHIO, ESQ.
405 Lafayette Avenue
P O Box 561
Hawthorne, N.J. 07507
(973) 423-9035
(973) 423-9036 fax

May 4, 2021

VIA CERTIFIED MAIL – R.R.R.
AND FIRST CLASS MAIL

Debra Bessette
416 Cedar Street
Paramus, New Jersey 07652

Re: D1 Softball/ Bessette
Tax Sale Certificate # 17-00007
416 Cedar Street
Block 5818, Lot 4
Borough of Paramus, New Jersey

Dear Sir/Madam:

We represent D1 Softball Clinic in the above-referenced matter. As you may be aware, it acquired a lien on your property as a result of its payment of your local property taxes.

Please be advised that, unless you redeem it within thirty (30) days of the date of this letter, for the present amount of this lien at that time, I will file a Complaint with the Superior Court of New Jersey so as to institute foreclosure proceedings. As of the date of this letter, the amount required to redeem it and extinguish the debt is $17,000.00. Please also be advised that payment must be made through the Tax Collector of the Borough of Paramus upon any terms and conditions that Office may impose.

Please be advised that the amount referenced above is for the informational and notification purposes only and should not be relied upon as a final expression of amount due in order to redeem the aforementioned certificates as my client may also be entitled to certain statutory expenses and additional taxes paid prior to redemption. By copy of this letter, I am requesting that the Tax Collector notify this office prior to accepting a redemption check so as to verify the amount collected and to inquire about allowable expenses.

If you have any questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

Robert A. Del Vecchio

RDV:nf
cc: Tax Collector – Borough of Paramus
JPMorgan Chase Bank, N.A.
(Via certified and regular mail)