# EXHIBIT E

| From: | Javier Merino <jmerino@dannlaw.com> |
|---|---|
| To: | "Robert A. Del Vecchio" <rdelvecchio@radvlaw.com> |
| Cc: | Amy Collins <amy@dannlaw.com> |
| Date: | 05/18/2021 8:07 PM |
| Subject: | Re: Tax Sale Certificate #17-00007 | 416 Cedar Street |

[Bessette Michael and Debra 2021 05 07 Billing Statement(1).pdf]

Good evening Bob,

This email confirms our conversation earlier wherein you advised that your client will continue its collection efforts in regards to the attached tax sale certificate and will not resort to the claim filing process in my client's bankruptcy, despite me advising you of my client's equitable interest in the property by virtue of his being Mrs. Bessette's spouse and his possessory interest in the property pursuant to N.J.S.A. 3B:28-3.

Regards,

**Javier L. Merino, Esq.**

Partner

**DannLaw**

372 Kinderkamack Road, Suite 5

Westwood, NJ 07675

201-355-3440 Direct

216-373-0539 Main Office

216-373-0536 Fax

jmerino@DannLaw.com

Ohio | New Jersey | New York

Of Counsel

**Aronow Law. P.C.**

On Tue, May 18, 2021 at 2:24 PM Robert A. Del Vecchio <rdelvecchio@radvlaw.com> wrote:

> Please call me on my cell
>
> Bob
>
> Cel 973 931-0269
>
> Robert A. Del Vecchio, Esq.
>
> 405 Lafayette Avenue
>
> P O Box 561
>
> Hawthorne, N.J. 07507
>
> (973) 423-9035
>
> (973) 423-9036 fax
>
> **From:** Javier Merino <jmerino@dannlaw.com>
> **Sent:** Tuesday, May 18, 2021 1:57 PM
> **To:** Robert A. Del Vecchio <rdelvecchio@radvlaw.com>
> **Cc:** Amy Collins <amy@dannlaw.com>
> **Subject:** Re: Tax Sale Certificate #17-00007 | 416 Cedar Street
>
> Good afternoon Bob,
>
> I'm writing to follow up on the below/attached. Please advise as to your availability for a phone call this week to discuss.
>
> Thank you,
>
> **Javier L. Merino, Esq.**
>
> Partner
>
> **DannLaw**
>
> 372 Kinderkamack Road, Suite 5
>
> Westwood, NJ 07675

201-355-3440 Direct

216-373-0539 Main Office

216-373-0536 Fax

[jmerino@DannLaw.com](jmerino@DannLaw.com)

Ohio | New Jersey | New York

Of Counsel

**Aronow Law. P.C.**

On Tue, May 11, 2021 at 2:43 PM Javier Merino <[jmerino@dannlaw.com](jmerino@dannlaw.com)> wrote:

> Good afternoon Bob,
>
> We represent Michael Bessette in regards to his Chapter 13 Bankruptcy matter, filed in the District of New Jersey under case number 19-1368.
>
> I understand you are representing D1 Softball Clinic in regards to the above-referenced tax certificate. You sent the attached notice to my client's wife making demand of payment of the tax sale certificate. My client has an equitable interest in the home by virtue of his marriage to Mrs. Bessette and their joint possession of the home, and accordingly, the home is property of the bankruptcy estate.
>
> We write to request that you immediately cease and desist all attempts to collect this debt as they constitute attempts to collect against a home which is property of the estate.
>
> Otherwise, I'd like to schedule a phone call to discuss your client not yet having filed a Proof of Claim in this case and otherwise resolving your client's tax sale certificate.

Please let me know your availability for a call the rest of this week.

Regards,

**Javier L. Merino, Esq.**

Partner

**DannLaw**

372 Kinderkamack Road, Suite 5

Westwood, NJ 07675

201-355-3440 Direct

216-373-0539 Main Office

216-373-0536 Fax

[jmerino@DannLaw.com](mailto:jmerino@DannLaw.com)

Ohio | New Jersey | New York

Of Counsel

**Aronow Law. P.C.**