# EXHIBIT F

Fill in this information to identify the case:

Debtor 1  Michael Bessette

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of New Jersey

Case number  19-13683

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

   D1 Softball Clinic LLC
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**

   ☐ No
   ☑ Yes.  From whom?  Borough of Paramus

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   D1 Softball Clinic LLC c/o Michael Goldstein
   Name

   20 Glenside Terrace
   Number    Street

   Montclair        NJ        07043
   City            State     ZIP Code

   Contact phone _____
   Contact email _____

   Where should payments to the creditor be sent? (if different)

   D1 Softball Clinic LLC c/o Michael Goldstein
   Name

   20 Glenside Terrace
   Number    Street

   Montclair        NJ        07043
   City            State     ZIP Code

   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   __ __ __ — __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**

   ☑ No
   ☐ Yes.  Claim number on court claims registry (if known) _____   Filed on _____
                                                                              MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ☐ No
   ☑ Yes.  Who made the earlier filing?  Borough of Paramus

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __0__ __0__ __7__

**7. How much is the claim?** $ _____17,100.00_____. **Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Municipal property taxes past due to the Borough of Paramus

**9. Is all or part of the claim secured?**
☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**
☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** Statutory; N.J.Stat.Ann 54:5-6; 54:5-9
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____17,100.00_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____17,100.00_____

**Annual Interest Rate** (when case was filed)__0.00__%
☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____17,100.00_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   12/13/2021
                   MM / DD / YYYY

Signature: /s/ Javier L. Merino

**Print the name of the person who is completing and signing this claim:**

Name: Javier Luis Merino
      First name   Middle name   Last name

Title: Partner

Company: The Dann Law Firm, PC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1520 U.S. Highway 130, Suite 101
         Number   Street
         North Brunswick     NJ     08902
         City                State  ZIP Code

Contact phone: 201-355-3440           Email: jmerino@dannlaw.com

| John S. Hogan<br>Bergen County Clerk<br><br>Bergen County Clerk<br>One Bergen County Plaza<br>Hackensack, NJ 07601<br>(201) 336-7000<br>www.bergencountyclerk.org/  | <br><br>**INSTRUMENT # 19-002801.01**<br>**V 03153 0291**<br>RECORDED DATE: 01/10/2019 03:55:55 PM |
|---|---|
| **Document Type:** Tax Sale Certificate | Transaction #: 9198878<br>Document Page Count: 3<br>Operator Id: CLERK |
| **RETURN TO:**<br>D1 SOFTBALL CLINIC LLC<br>20 GLENSIDE TERRACE<br>MONTVALE NJ 07043 | **SUBMITTED BY:** |
| **PRIMARY NAME**<br>DEBRA BESSETTE | **SECONDARY NAME**<br>D1 SOFTBALL |
| **ADDITIONAL PRIMARY NAMES** | **ADDITIONAL SECONDARY NAMES**<br>D1SOFTBALL |
| **MARGINAL REFERENCES:** | |
| **DOCUMENT DATE:** 12/07/2018<br>**MUNICIPALITY:** PARAMUS<br>**LOT:** 4<br>**BLOCK:** 5818<br>**GRANTEE ADDRESS:** NA<br>NJ<br><br>**FEES / TAXES:**<br>Recording Fee: Tax Sale Certificate $30.00<br>Additional Pages Fee $20.00<br>Homeless Trust Fund - Bergen County $3.00<br>**Total:** $53.00 | INSTRUMENT #: 19-002801.01<br>Recorded Date: 01/10/2019 03:55:55 PM<br><br>I hereby CERTIFY that this document is recorded in the Clerk's Office in Bergen County, New Jersey.<br><br>*John S. Hogan*<br>**John S. Hogan**<br>**Bergen County Clerk**<br><br>Recording Fees: $53.00<br>Realty Transfer Tax Fees: $0.00 |

## OFFICIAL RECORDING COVER PAGE

Page 1 of 4

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

5

3/53

98

**Bergen County Recording Data Page**
**Honorable John S. Hogan**
**Bergen County Clerk**



Official Use Only - Barcode



19-002801.01 Tax Sale Certificate
V Bk: 03153 Pg: 0291-0294    Rec. Fee $53.00
John S. Hogan, Bergen County Clerk
Recorded 01/10/2019   03:55:55 PM

Official Use Only – Realty Transfer Fee

Date of Document: 12/7/2018

Type of Document: Certificate of Sale

First Party Name: DI softball clinic

Second Party Name: Mike Goldstein

Additional Parties:

**THE FOLLOWING SECTION IS REQUIRED FOR DEEDS ONLY**

Block:                                                                 Lot:

Municipality:

Consideration:   /

Mailing Address of Grantee:

**THE FOLLOWING SECTION IS FOR ORIGINAL MORTGAGE BOOKING & PAGE INFORMATION FOR ASSIGNMENTS, RELEASES, SATISFACTIONS, DISCHARGES & OTHER ORIGINAL MORTGAGE AGREEMENTS ONLY**

Original Book:                                                    Original Page:

# CERTIFICATE OF SALE
## FOR UNPAID MUNICIPAL LIENS

**CERTIFICATE No. 17-00007**

I, SHERYL A. BIONDI , COLLECTOR OF TAXES of the taxing district of the BOROUGH of PARAMUS in the COUNTY of BERGEN and State of New Jersey, do hereby certify that on the 7th day of December ,2018 at a public sale of lands for delinquent municipal liens, pursuant to the Revised Statutes of New Jersey, 1937, Title 54, Chapter 5, and the amendments and supplements thereto I sold to D1SOFTBALL

whose address is 20 GLENSIDE TERRACE, MONTCLAIR, NJ 07043

for Six Thousand Four Hundred Two dollars and Forty Four cents, the land in said taxing district described as Block No. 5818 Lot No. 4 , and known as 416 CEDAR ST , on the tax duplicate thereof and assessed thereon to BESSETTE, DEBRA

## THE AMOUNT OF THE SALE WAS MADE UP OF THE FOLLOWING ITEMS:

| | AMOUNT | INTEREST | TOTAL |
|---|---|---|---|
| Taxes For: 2017 | 5,167.68 | 1,084.76 | 6,252.44 |
| Assessments For Improvements | | | |
| Total Cost of Sale | 150.00 | | 150.00 |
| Total | | | 6,402.44 |
| Premium (if any) Paid | 17,100.00 | | |

Said sale is subject to redemption on repayment of the amount of sale, together with interest at the rate of 0.00 per centum per annum from the date of sale, and the costs incurred by the purchaser as defined by statute. The sale is subject to municipal charges accruing after December 31 2017 ; municipal authority charges accruing after December 31 2017 and assessment installments not yet due, amounting to 0.00 dollars and interest thereon.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 10th day of December 2018 .

STATE OF NEW JERSEY
COUNTY OF: BERGEN

_SHERYL A. BIONDI_ , COLLECTOR OF TAXES

BE IT REMEMBERED, that on this 10th day of December 2018 before me a Notary Public of New Jersey, personally appeared SHERYL A. BIONDI , the Collector of Taxes of the taxing district of BOROUGH OF PARAMUS in the County of BERGEN , who, I am satisfied, is the individual described herein, and who executed the above Certificate of Sale; and I having made known to him the contents thereof, he thereupon acknowledged to me that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

Prepared By: _SHERYL A. BIONDI_ , PREPARER    CELINA CHECO , NOTARY PUBLIC

CELINA CHECO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MARCH 30 who takes this

NOTE: NJSA 46:15-3 requires that all signatures appearing on the certificate, those of the party who signs the acknowledgement, and the preparer shall be printed, typed or stamped underneath such signature the name of the person that signed.

## AUTHORIZATION FOR CANCELLATION OF RECORD BY MUNICIPALITY

The within certificate has been duly paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record. _____

Name of Municipality

BY: _____  ATTEST: _____

Mayor                                                  Municipal Clerk

(NJSA 46:18-6 & 54: 5-55)

Seal of Municipality to be affixed

**No. 17-00007**
**Tax Sale Certificate**

Collector of Taxes: Cheryl A. Rivera (?)

Municipality of Borough of Ramsey, Bergen County, New Jersey

To: Disalvo (?)
20 Glenside Terr
Montclair NJ 07043-2524

Entered _____ Compared _____ Checked _____

Received in the Register Office of the County of _____, New Jersey on the _____ day of _____ A.D. 20__, at _____ o'clock in the _____ noon and Recorded in Book _____ County on Pages _____ for said

## AUTHORIZATION FOR CANCELLATION OF RECORD BY A PRIVATE CORPORATION

The within certificate has been fully paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record. _____

Name of Corporation

BY: _____  ATTEST: _____

President                                                  Secretary

Corporate Seal to be affixed

## AUTHORIZATION FOR CANCELLATION OF RECORD BY AN INDIVIDUAL

The within certificate has been fully paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record.
The above signature is certified to as genuine.

_____  _____
A Notary Public of New Jersey                                Signature of Holder of Certificate