THE DANN LAW FIRM
BY: Javier L. Merino, Esq.
1520 U.S. Highway 130, Suite 10
North Brunswick, NJ 08902
Telephone No. (201) 355-3440
Attorneys for Debtor

---

| IN RE: | x | UNITED STATES BANKRUPTCY COURT |
| | x | FOR THE DISTRICT OF NEW JERSEY |
| Michael Charles Bessette, | x | |
| | x | CHAPTER 13 |
| | x | CASE NO.: 19-13683 |
| Debtor | x | |
| | x | Judge: John K. Sherwood |
| | x | |
| | x | Hearing Date: January 13, 2022 |

**ORDER APPROVING MOTION ALLOWING LATE PROOF OF CLAIM, OR IN THE ALTERNATIVE, REINSTATING AND AMENDING CLAIM NO. 10**

The relief set forth on the following pages, numbered two (2) through two is **ORDERED**.

THIS MATTER having come before the Court on Motion of Michael Bessette (the "Debtor") to Allow Late Proof of Claim for D1 Softball Clinic, LLC, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown, it is hereby:

It is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Debtor's Motion to Allow Late Proof of Claim is hereby GRANTED;

2. That the Claim appended to this Motion as **Exhibit F** is hereby permitted (the "Claim"); and

3. The Debtor shall file the Claim within \_\_\_\_\_ days of this Motion.

In the alternative, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Debtor's Motion to Reinstate and Amend Proof of Claim No. 10 is hereby GRANTED;

2. That Claim No. 10 shall be reinstated and amended as **Exhibit F** (the "Claim");

3. The Debtor shall file Amended Claim No. 10 within \_\_\_\_\_ days of this Motion;

The Movant shall serve this order on the trustee, and other party who entered an appearance on the motion.