JAVIER L. MERINO
DANN & MERINO, P.C.
372 Kinderkamack Road
Suite 5
Westwood, NJ  07675

Re:  MICHAEL CHARLES BESSETTE　　　　　　　　　Atty:  JAVIER L. MERINO
　　　416 CEDAR AVENUE　　　　　　　　　　　　　　　　　　　DANN & MERINO, P.C.
　　　PARAMUS,  NJ  07652　　　　　　　　　　　　　　　　　　　372 Kinderkamack Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 5
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Westwood, NJ  07675

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 19-13683

## RECEIPTS AS OF 01/14/2022   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/06/2019 | $850.00 | 5681757000 | 04/05/2019 | $850.00 | 5762694000 |
| 05/06/2019 | $850.00 | 5839965000 | 06/05/2019 | $850.00 | 5919604000 |
| 07/05/2019 | $850.00 | 5996112000 | 08/06/2019 | $997.00 | 6075915000 |
| 09/09/2019 | $997.00 | 6160686000 | 10/04/2019 | $997.00 | 6230914000 |
| 11/07/2019 | $997.00 | 6315967000 | 12/18/2019 | $997.00 | 6414114000 |
| 01/21/2020 | $997.00 | 6497585000 | 02/21/2020 | $997.00 | 6575436000 |
| 03/19/2020 | $997.00 | 6649929000 | 06/04/2020 | $100.00 | 6844633000 |
| 07/07/2020 | $100.00 | 6925021000 | 08/05/2020 | $715.00 | 6994557000 |
| 09/09/2020 | $738.00 | 7075276000 | 10/06/2020 | $738.00 | 7142995000 |
| 11/09/2020 | $738.00 | 7222371000 | 12/08/2020 | $738.00 | 7294039000 |
| 01/06/2021 | $738.00 | 7362426000 | 02/08/2021 | $738.00 | 7439727000 |
| 03/08/2021 | $738.00 | 7510746000 | 04/07/2021 | $738.00 | 7585578000 |
| 05/06/2021 | $738.00 | 7655267000 | 06/08/2021 | $738.00 | 7730413000 |
| 07/07/2021 | $738.00 | 7796109000 | 08/06/2021 | $738.00 | 7864635000 |
| 09/09/2021 | $738.00 | 7937822000 | 10/08/2021 | $738.00 | 8003237000 |
| 11/08/2021 | $738.00 | 8069516000 | 12/08/2021 | $738.00 | 8134856000 |
| 01/10/2022 | $738.00 | 8199468000 | | | |

**Total Receipts: $25,687.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $25,687.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BOROUGH OF PARAMUS | | | | | | |
| | 06/17/2019 | $132.42 | 827,290 | 07/10/2019 | ($132.42) | 827,290 |
| JPMORGAN CHASE BANK NA | | | | | | |
| | 06/17/2019 | $282.00 | 827,055 | 07/15/2019 | $636.30 | 828,914 |
| | 08/19/2019 | $547.46 | 830,808 | 09/16/2019 | $1,493.42 | 832,876 |
| | 10/21/2019 | $966.03 | 834,838 | 11/18/2019 | $929.75 | 836,945 |
| | 12/16/2019 | $929.75 | 838,877 | 02/10/2020 | $929.75 | 842,634 |

**Chapter 13 Case # 19-13683**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 03/16/2020 | $929.75 | 844,507 | | 04/20/2020 | $1,859.16 | 846,450 |
| | 10/19/2020 | $132.31 | 857,416 | | 11/16/2020 | $671.40 | 859,211 |
| | 12/21/2020 | $671.40 | 860,984 | | 01/11/2021 | $671.40 | 862,866 |
| | 02/22/2021 | $671.40 | 864,407 | | 03/15/2021 | $671.40 | 866,370 |
| | 04/19/2021 | $671.40 | 867,934 | | 05/17/2021 | $671.40 | 869,890 |
| | 06/21/2021 | $682.29 | 871,648 | | 07/19/2021 | $682.29 | 873,505 |
| | 08/16/2021 | $682.29 | 875,191 | | 09/20/2021 | $682.29 | 876,911 |
| | 10/18/2021 | $682.28 | 878,703 | | 11/17/2021 | $689.54 | 880,411 |
| | 12/13/2021 | $689.54 | 882,061 | | 01/10/2022 | $303.96 | 883,701 |
| SANTANDER CONSUMER USA | | | | | | | |
| | 07/15/2019 | $15.22 | 829,890 | | 08/19/2019 | $9.07 | 831,911 |
| | 09/16/2019 | $24.75 | 833,900 | | 10/21/2019 | $16.01 | 835,954 |
| | 11/18/2019 | $15.41 | 838,006 | | 12/16/2019 | $15.41 | 839,891 |
| | 02/10/2020 | $15.41 | 843,653 | | 03/16/2020 | $15.41 | 845,579 |
| | 04/20/2020 | $31.16 | 847,529 | | 11/16/2020 | $13.47 | 860,203 |
| | 12/21/2020 | $11.25 | 862,055 | | 01/11/2021 | $11.25 | 863,749 |
| | 02/22/2021 | $11.25 | 865,578 | | 03/15/2021 | $11.25 | 867,299 |
| | 04/19/2021 | $11.25 | 869,097 | | 05/17/2021 | $11.25 | 870,949 |
| | 06/21/2021 | $11.43 | 872,776 | | 07/19/2021 | $11.43 | 874,525 |
| | 08/16/2021 | $11.43 | 876,229 | | 09/20/2021 | $11.43 | 878,006 |
| | 10/18/2021 | $11.44 | 879,736 | | 11/17/2021 | $11.56 | 881,433 |
| | 12/13/2021 | $11.56 | 883,069 | | 01/10/2022 | $5.09 | 884,717 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,445.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,394.50 | 100.00% | 3,394.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ARONOW LAW, PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ATLANTIC CITY ELECTRIC COMPANY | UNSECURED | 154.42 | 100.00% | 0.00 | 154.42 |
| 0004 | BERGEN ANESTHESIA GROUP, PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,227.73 | 100.00% | 0.00 | 1,227.73 |
| 0007 | JPMORGAN CHASE BANK NA | MORTGAGE ARRE | 30,218.57 | 100.00% | 19,429.96 | 10,788.61 |
| 0008 | CITY MD URGENT CARE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | NORTHERN VALLEY ANESTHESIOLOGY | UNSECURED | 406.60 | 100.00% | 0.00 | 406.60 |
| 0012 | GECRB/CARE CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | MD PARTNERS OF EHMC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | RADIOLOGY ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | RADIOLOGY ASSOCIATES OF RIDGEWOC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | SANTANDER CONSUMER USA | VEHICLE SECURE | 505.00 | 100.00% | 324.19 | 180.81 |
| 0023 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | BOROUGH OF PARAMUS | SECURED | 14,307.13 | 100.00% | 0.00 | 14,307.13 |
| 0025 | TOYOTA MOTOR CREDIT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | VALLEY EMERGENCY ROOM ASSOC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | VALLEY PHYSICIAN SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 209.44 | 100.00% | 0.00 | 209.44 |
| 0030 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | CAVALRY SPV I LLC | UNSECURED | 1,433.35 | 100.00% | 0.00 | 1,433.35 |
| 0032 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 632.82 | 100.00% | 0.00 | 632.82 |

Total Paid: $24,593.85
See Summary

**Chapter 13 Case # 19-13683**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $25,687.00     -     Paid to Claims: $19,754.15     -     Admin Costs Paid: $4,839.70     =     Funds on Hand: $1,093.15

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.