THE DANN LAW FIRM
BY: Javier L. Merino, Esq.
1520 U.S. Highway 130, Suite 10
North Brunswick, NJ 08902
Telephone No. (201) 355-3440
Attorneys for Debtor



Order Filed on January 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| IN RE: | x | UNITED STATES BANKRUPTCY COURT |
| --- | --- | --- |
| | x | FOR THE DISTRICT OF NEW JERSEY |
| Michael Charles Bessette, | x | |
| | x | CHAPTER 13 |
| | x | CASE NO.: 19-13683 |
| Debtor | x | |
| | x | Judge: John K. Sherwood |
| | x | |
| | x | Hearing Date: January 13, 2022 |

## ORDER GRANTING MOTION TO ALLOW LATE PROOF OF CLAIM FOR D1 SOFTBALL, LLC

The relief set forth on the following page is **ORDERED**.

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: January 21, 2022**

THIS MATTER having come before the Court on Motion of Michael Bessette (the "Debtor") to Allow Late Proof of Claim for D1 Softball Clinic, LLC ("D1 Softball"), all interested parties having been duly served, and the parties having submitted a joint proposed order:

It is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Debtor's Motion to Allow Late Proof of Claim is hereby **GRANTED**;
2. D1 Softball shall file a Proof of Claim in this matter pertaining to the Certificate within 30 days of this Order;
3. If the Debtor disputes the amount of the Claim, the Debtor shall file his objection to the Claim, if any, within 30 days of its filing; and
4. The Debtor shall file a Modified Plan to provide for payment of the Claim within 14 days of the expiration of the 30 day period in ¶ 3 if no objection is filed, or within 14 days of the Court's ruling on said objection if such an objection is filed.

The Movant shall serve this order on the trustee, and other party who entered an appearance on the motion.