THE DANN LAW FIRM
BY: Javier L. Merino, Esq.
1520 U.S. Highway 130, Suite 10
North Brunswick, NJ 08902
Telephone No. (201) 355-3440
Attorneys for Debtor

Order Filed on January 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| IN RE: | x | UNITED STATES BANKRUPTCY COURT |
| | x | FOR THE DISTRICT OF NEW JERSEY |
| Michael Charles Bessette, | x | |
| | x | CHAPTER 13 |
| | x | CASE NO.: 19-13683 |
| Debtor | x | |
| | x | Judge: John K. Sherwood |
| | x | |
| | x | Hearing Date: January 13, 2022 |

### ORDER GRANTING MOTION TO ALLOW LATE PROOF OF CLAIM FOR D1 SOFTBALL, LLC

The relief set forth on the following page is **ORDERED**.

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: January 21, 2022**

THIS MATTER having come before the Court on Motion of Michael Bessette (the "Debtor") to Allow Late Proof of Claim for D1 Softball Clinic, LLC ("D1 Softball"), all interested parties having been duly served, and the parties having submitted a joint proposed order:

It is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Debtor's Motion to Allow Late Proof of Claim is hereby **GRANTED**;

2. D1 Softball shall file a Proof of Claim in this matter pertaining to the Certificate within 30 days of this Order;

3. If the Debtor disputes the amount of the Claim, the Debtor shall file his objection to the Claim, if any, within 30 days of its filing; and

4. The Debtor shall file a Modified Plan to provide for payment of the Claim within 14 days of the expiration of the 30 day period in ¶ 3 if no objection is filed, or within 14 days of the Court's ruling on said objection if such an objection is filed.

The Movant shall serve this order on the trustee, and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Charles Bessette  
    Debtor

Case No. 19-13683-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 21, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Charles Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | on behalf of Creditor D1 Softball LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Javier L. Merino | on behalf of Plaintiff Michael Charles Bessette jmerino@dannlaw.com notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| Javier L. Merino | on behalf of Debtor Michael Charles Bessette jmerino@dannlaw.com notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

District/off: 0312-2      User: admin      Page 2 of 2
Date Rcvd: Jan 21, 2022      Form ID: pdf903      Total Noticed: 1

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor JPMorgan Chase Bank National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10