Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−13683−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Charles Bessette
   dba Five Star Painting
   416 Cedar Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−7494

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/10/22 at 10:00 AM

to consider and act upon the following:

*62* − Application For Retention of Professional DannLaw as Attorney Filed by Javier L. Merino on behalf of Michael Charles Bessette. Objection deadline is 3/1/2022. (Attachments: # 1 Certification of Professional # 2 Retainer # 3 Proposed Order # 4 Certification of Service # 5 Certification of Service) (Merino, Javier)

*64* − Objection to Debtor(s) Application for Retention of Professional (related document:62 Application For Retention of Professional DannLaw as Attorney Filed by Javier L. Merino on behalf of Michael Charles Bessette. Objection deadline is 3/1/2022. (Attachments: # 1 Certification of Professional # 2 Retainer # 3 Proposed Order # 4 Certification of Service # 5 Certification of Service) filed by Debtor Michael Charles Bessette) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

*65* − Response to (related document:64 Objection to Debtor(s) Application for Retention of Professional (related document:62 Application For Retention of Professional DannLaw as Attorney Filed by Javier L. Merino on behalf of Michael Charles Bessette. Objection deadline is 3/1/2022. (Attachments: # 1 Certification of Professional # 2 Retainer # 3 Proposed Order # 4 Certification of Service # 5 Certification of Service) filed by Debtor Michael Charles Bessette) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) filed by Trustee Marie−Ann Greenberg) filed by Javier L. Merino on behalf of Michael Charles Bessette. (Attachments: # 1 Exhibit − A # 2 Exhibit B # 3 Certification of Service) (Merino, Javier)

Dated: 2/23/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court