Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13683−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Charles Bessette
  dba Five Star Painting
  416 Cedar Avenue
  Paramus, NJ 07652

Social Security No.:
  xxx−xx−7494

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 12, 2020.

On 2/22/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:         March 24, 2022
Time:         08:30 AM
Location:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 23, 2022
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Charles Bessette  
    Debtor

Case No. 19-13683-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 23, 2022      Form ID: 185      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Charles Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |
| aty | + | Susan B. Fagan-Rodriguez, Susan B. Fagan-Rodriguez, ESQ., 14 Elm Street, Morristown, NJ 07960-8101 |
| 518043960 | + | Bergen Anesthesia Group, PC, PO Box 630, Franklin Lakes, NJ 07417-0630 |
| 518297729 | + | Borough of Paramus, New Jersey, C/O Paul Kaufman, Esq., 2 Executive Drive, Suite 530, Fort Lee, NJ 07024-3302 |
| 518043964 | + | City MD Urgent Care, PO Box 791516, Baltimore, MD 21279-1516 |
| 519498986 | + | D1 Softball, LLC, 41 Watchung Plaza, Suite 520, Montclair, NJ 07042-4117 |
| 518043965 | + | Debra Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |
| 518043966 | + | Englewood Hospital & Medical Center, 350 Engle Street, Englewood, NJ 07631-1898 |
| 518043969 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 518043970 | + | MD Partners of EHMC, PO Box 14099, Belfast, ME 04915-4034 |
| 518043973 | + | Micheal Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |
| 518209985 | | Northern Valley Anesthesiology, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518043975 | + | Radiology Associates, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518043976 | + | Radiology Associates of Ridgewood, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518043978 | + | The Valley Hospital, 223 N Van Dien Ave, Ridgewood, NJ 07450-2736 |
| 518043979 | + | Township of Paramus, 1 W Jockish Square, Paramus, NJ 07652-2728 |
| 518043982 | + | Valley Physician Services, PO Box 14099, Belfast, ME 04915-4034 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2022 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2022 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2022 20:57:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 21:03:47 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518043959 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 23 2022 20:57:00 | Atlantic City Electric, P.O. Box 17006, Wilmington, DE 19850-7006 |
| 518062869 | | Email/Text: bankruptcy@pepcoholdings.com | Feb 23 2022 20:57:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 518043961 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2022 21:03:46 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |

Case 19-13683-JKS   Doc 69   Filed 02/25/22   Entered 02/26/22 00:19:54   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 185 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518125617 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2022 21:03:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518163840 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2022 20:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518043967 | + | Email/Text: crdept@na.firstsource.com | Feb 23 2022 20:57:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 518043968 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 21:03:47 | GECRB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518043962 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2022 21:04:01 | Chase, Mail Code LA4-5475, 700 Kansas Lane, Monroe, LA 71203 |
| 518043963 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2022 21:03:46 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 518793285 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2022 21:04:01 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518190621 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2022 21:03:46 | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518043971 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2022 20:57:00 | MIdland Credit Management, ATTN: Bankruptcy, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518043977 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2022 20:57:00 | Santander Consumer USA, Inc., Attn: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 518045821 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 21:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518043980 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 23 2022 20:57:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518138514 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 23 2022 20:57:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518193729 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2022 21:04:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518043983 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 23 2022 20:56:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518043957 | | 19-13683 |
| 518043958 | ##+ | Aronow Law, PC, 20 Crossways Park Drive N, Suite 210, Woodbury, NY 11797-2007 |
| 518043972 | ##+ | McCalla Raymer Liebert Pierce LLC, 99 Wood Avenue, Suite 803, Iselin, NJ 08830-2713 |
| 518043974 | ##+ | North Short Agency, 270 Spagnoli Road, Suite 110, Melville, NY 11747-3515 |
| 518043981 | ##+ | Valley Emergency Room Assoc., PO Box 808, Grand Rapids, MI 49518-0808 |

TOTAL: 1 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 19-13683-JKS    Doc 69    Filed 02/25/22    Entered 02/26/22 00:19:54    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 185 | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | on behalf of Creditor D1 Softball  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Defendant Robert A. Del Vecchio  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Defendant D1 Softball  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Javier L. Merino | on behalf of Debtor Michael Charles Bessette jmerino@dannlaw.com notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| Javier L. Merino | on behalf of Plaintiff Michael Charles Bessette jmerino@dannlaw.com notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12