Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−13683−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Charles Bessette
    dba Five Star Painting
    416 Cedar Avenue
    Paramus, NJ 07652

Social Security No.:
    xxx−xx−7494

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/10/22 at 10:00 AM

to consider and act upon the following:

*62* − Application For Retention of Professional DannLaw as Attorney Filed by Javier L. Merino on behalf of Michael Charles Bessette. Objection deadline is 3/1/2022. (Attachments: # 1 Certification of Professional # 2 Retainer # 3 Proposed Order # 4 Certification of Service # 5 Certification of Service) (Merino, Javier)

*64* − Objection to Debtor(s) Application for Retention of Professional (related document:62 Application For Retention of Professional DannLaw as Attorney Filed by Javier L. Merino on behalf of Michael Charles Bessette. Objection deadline is 3/1/2022. (Attachments: # 1 Certification of Professional # 2 Retainer # 3 Proposed Order # 4 Certification of Service # 5 Certification of Service) filed by Debtor Michael Charles Bessette) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

*65* − Response to (related document:64 Objection to Debtor(s) Application for Retention of Professional (related document:62 Application For Retention of Professional DannLaw as Attorney Filed by Javier L. Merino on behalf of Michael Charles Bessette. Objection deadline is 3/1/2022. (Attachments: # 1 Certification of Professional # 2 Retainer # 3 Proposed Order # 4 Certification of Service # 5 Certification of Service) filed by Debtor Michael Charles Bessette) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) filed by Trustee Marie−Ann Greenberg) filed by Javier L. Merino on behalf of Michael Charles Bessette. (Attachments: # 1 Exhibit − A # 2 Exhibit B # 3 Certification of Service) (Merino, Javier)

Dated: 2/23/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 19-13683-JKS

Michael Charles Bessette                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2

Date Rcvd: Feb 23, 2022                       Form ID: ntchrgbk                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

**Recip ID**        **Recipient Name and Address**
db                +  Michael Charles Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022           Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

**Name**        **Email Address**

Brian W. Hofmeister

    on behalf of Creditor D1 Softball  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com

Brian W. Hofmeister

    on behalf of Defendant Robert A. Del Vecchio  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com

Brian W. Hofmeister

    on behalf of Defendant D1 Softball  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com

Denise E. Carlon

    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Javier L. Merino

    on behalf of Plaintiff Michael Charles Bessette jmerino@dannlaw.com
    notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

Javier L. Merino

on behalf of Debtor Michael Charles Bessette jmerino@dannlaw.com
notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

John R. Morton, Jr.

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald

on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Melissa N. Licker

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mlicker@hillwallack.com,
HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker

on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com,
HWBKnewyork@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12