# *LAW FIRM OF BRIAN W. HOFMEISTER, LLC*

3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
Phone - (609) 890-1500
Fax - (609) 890-6961
bwh@hofmeisterfirm.com

March 3, 2022

Honorable John K. Sherwood
United States Bankruptcy Court
For the District of New Jersey
50 Walnut Street, 3rd Floor
Newark, NJ 07102

    Re:    Michael Charles Bessette
             Chapter 13, Case No. 19-13683-JKS

             Michael Charles Bessette v. D1 Softball, LLC and Robert Del Vecchio, LLC
             Adv. Pro. No. 22-01026

Dear Judge Sherwood:

    Please be advised that this firm has been retained to represent D1 Softball, LLC and Robert Del Vecchio, LLC in connection with the above referenced matters. Please accept this letter for D1 Softball, LLC and Robert Del Vecchio, LLC to join in on Marie-Ann Greenberg, Chapter 13 Standing Trustee's Objection to the Debtor's Application for Retention of DannLaw as Special Counsel ("Debtor's Application").

    The Debtor's Application incorrectly states that D1 Softball, LLC and Robert A Del Vecchio, LLC have violated the automatic stay with regard to a Foreclosure Action pending in the Superior Court of New Jersey, Chancery Division, Bergen County, Docket Number F-006279-21 entitled <u>D1 Softball v. Debra Bessette, JPMorgan Chase Bank, N.A. and New Century Financial Services, Inc.</u> (the "Foreclosure Action"). The Debtor, Michael Charles Bessette ("Debtor") is not an owner of the subject real estate located at 416 Cedar Street, Paramus, New Jersey 07652 (the "Property") and is not a party to the Foreclosure Action. In addition, based upon this Court's recent ruling granting Debtor's motion to pay D1 Softball, LLC's secured real estate tax lien through the Debtor's plan, the Foreclosure Action has been placed on administrative hold and, therefore, there is no Foreclosure Action to defend on behalf of the

Debtor.

    Accordingly, it is respectfully requested that the Debtor, Michael Charles Bessette's Application for Retention of DannLaw as Special Counsel be denied.

                                                Respectfully submitted,

                                                LAW FIRM OF BRIAN W. HOFMEISTER, LLC
                                                Attorneys for D1 Softball, LLC and
                                                Robert Del Vecchio, LLC

                        By:    */s/Brian W. Hofmeister*
                                  Brian W. Hofmeister

BWH/aw