# *LAW FIRM OF BRIAN W. HOFMEISTER, LLC*

3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
Phone - (609) 890-1500
Fax - (609) 890-6961
bwh@hofmeisterfirm.com

March 3, 2022

Honorable John K. Sherwood
United States Bankruptcy Court
For the District of New Jersey
50 Walnut Street, 3rd Floor
Newark, NJ 07102

    Re:    Michael Charles Bessette
            Chapter 13, Case No. 19-13683-JKS

            Michael Charles Bessette v. D1 Softball, LLC and Robert Del Vecchio, LLC
            Adv. Pro. No. 22-01026

Dear Judge Sherwood:

Please be advised that this firm has been retained to represent D1 Softball, LLC and Robert Del Vecchio, LLC in connection with the above referenced matters. Please accept this letter for D1 Softball, LLC and Robert Del Vecchio, LLC to join in on Marie-Ann Greenberg, Chapter 13 Standing Trustee's Objection to Confirmation of Modified Plan.

            Respectfully submitted,

            LAW FIRM OF BRIAN W. HOFMEISTER, LLC
            Attorneys for D1 Softball, LLC and
            Robert Del Vecchio, LLC

    By:    */s/Brian W. Hofmeister*
            Brian W. Hofmeister

BWH/aw