Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–13683–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Charles Bessette
  dba Five Star Painting
  416 Cedar Avenue
  Paramus, NJ 07652

Social Security No.:
  xxx–xx–7494

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable John K. Sherwood on

Date:         April 14, 2022
Time:         10:00 AM
Location:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

to consider and act upon the following:

*73* – Objection to (related document:62 Application For Retention of Professional DannLaw as Attorney Filed by Javier L. Merino on behalf of Michael Charles Bessette. Objection deadline is 3/1/2022. (Attachments: # 1 Certification of Professional # 2 Retainer # 3 Proposed Order # 4 Certification of Service # 5 Certification of Service) filed by Debtor Michael Charles Bessette) filed by Brian W. Hofmeister on behalf of Robert Del Vecchio, LLC, D1 Softball, LLC. (Hofmeister, Brian)

*75* – Response to (related document:73 Objection to (related document:62 Application For Retention of Professional DannLaw as Attorney Filed by Javier L. Merino on behalf of Michael Charles Bessette. Objection deadline is 3/1/2022. (Attachments: # 1 Certification of Professional # 2 Retainer # 3 Proposed Order # 4 Certification of Service # 5 Certification of Service) filed by Debtor Michael Charles Bessette) filed by Brian W. Hofmeister on behalf of Robert Del Vecchio, LLC, D1 Softball, LLC. filed by Creditor D1 Softball, LLC, Interested Party Robert Del Vecchio, LLC) filed by Javier L. Merino on behalf of Michael Charles Bessette. (Attachments: # 1 Certificate of Service) (Merino, Javier)

and transact such other business as may properly come before the meeting.

Dated: March 4, 2022
JAN: mff

Jeanne Naughton
Clerk