Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13683−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Charles Bessette
   dba Five Star Painting
   416 Cedar Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−7494

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable John K. Sherwood on

Date:            April 14, 2022
Time:             10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

to consider and act upon the following:

*73* − Objection to (related document:62 Application For Retention of Professional DannLaw as Attorney Filed by Javier L. Merino on behalf of Michael Charles Bessette. Objection deadline is 3/1/2022. (Attachments: # 1 Certification of Professional # 2 Retainer # 3 Proposed Order # 4 Certification of Service # 5 Certification of Service) filed by Debtor Michael Charles Bessette) filed by Brian W. Hofmeister on behalf of Robert Del Vecchio, LLC, D1 Softball, LLC. (Hofmeister, Brian)

*75* − Response to (related document:73 Objection to (related document:62 Application For Retention of Professional DannLaw as Attorney Filed by Javier L. Merino on behalf of Michael Charles Bessette. Objection deadline is 3/1/2022. (Attachments: # 1 Certification of Professional # 2 Retainer # 3 Proposed Order # 4 Certification of Service # 5 Certification of Service) filed by Debtor Michael Charles Bessette) filed by Brian W. Hofmeister on behalf of Robert Del Vecchio, LLC, D1 Softball, LLC. filed by Creditor D1 Softball, LLC, Interested Party Robert Del Vecchio, LLC) filed by Javier L. Merino on behalf of Michael Charles Bessette. (Attachments: # 1 Certificate of Service) (Merino, Javier)

and transact such other business as may properly come before the meeting.

Dated: March 4, 2022
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-13683-JKS |
| Michael Charles Bessette | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2022 | Form ID: 173 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Charles Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |
| aty | + | Susan B. Fagan-Rodriguez, Susan B. Fagan-Rodriguez, ESQ., 14 Elm Street, Morristown, NJ 07960-8101 |
| intp | + | Robert Del Vecchio, LLC, c/o Law Firm of Brian W. Hofmeister, LLC, 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648-2201 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 04 2022 20:34:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 20:38:20 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 06, 2022 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2022 | Form ID: 173 | Total Noticed: 5 |

Brian W. Hofmeister

    on behalf of Defendant D1 Softball  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com

Brian W. Hofmeister

    on behalf of Interested Party Robert Del Vecchio  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com

Brian W. Hofmeister

    on behalf of Creditor D1 Softball  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com

Brian W. Hofmeister

    on behalf of Defendant Robert A. Del Vecchio  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com

Denise E. Carlon

    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Javier L. Merino

    on behalf of Debtor Michael Charles Bessette jmerino@dannlaw.com
    notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

Javier L. Merino

    on behalf of Plaintiff Michael Charles Bessette jmerino@dannlaw.com
    notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

John R. Morton, Jr.

    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald

    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Melissa N. Licker

    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mlicker@hillwallack.com,
    HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker

    on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com,
    HWBKnewyork@ecf.courtdrive.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13