Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

MICHAEL CHARLES BESSETTE,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  19-13683 JKS

**NOTICE OF RESERVE ON CLAIM**

Creditor: D1 SOFTBALL, LLC
Trustee Claim #: 33
Court Claim #: 11
Claimed Amount: $16,692.53
Date Claim Filed: 02/02/2022

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  March 17, 2022

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

MICHAEL CHARLES BESSETTE
416 CEDAR AVENUE
PARAMUS, NJ    07652

JAVIER L. MERINO
DANN & MERINO, P.C.
372 Kinderkamack Road
Suite 5
Westwood, NJ    07675

D1 SOFTBALL, LLC
41 WATCHUNG PLAZA, SUITE 520
MONTCALIR, NJ    07042