Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−13683−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Charles Bessette
   dba Five Star Painting
   416 Cedar Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−7494

Employer's Tax I.D. No.:

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 25, 2022.

Dated: March 25, 2022
JAN: zlh

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-13683-JKS |
| Michael Charles Bessette | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 25, 2022 | Form ID: plncf13 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Charles Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |
| aty | + | Susan B. Fagan-Rodriguez, Susan B. Fagan-Rodriguez, ESQ., 14 Elm Street, Morristown, NJ 07960-8101 |
| intp | + | Robert Del Vecchio, LLC, c/o Law Firm of Brian W. Hofmeister, LLC, 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648-2201 |
| 518043960 | + | Bergen Anesthesia Group, PC, PO Box 630, Franklin Lakes, NJ 07417-0630 |
| 518297729 | + | Borough of Paramus, New Jersey, C/O Paul Kaufman, Esq., 2 Executive Drive, Suite 530, Fort Lee, NJ 07024-3302 |
| 518043964 | + | City MD Urgent Care, PO Box 791516, Baltimore, MD 21279-1516 |
| 519498986 | + | D1 Softball, LLC, 20 Glenside Terrace, Montclair, NJ 07043-2529 |
| 518043965 | + | Debra Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |
| 518043966 | + | Englewood Hospital & Medical Center, 350 Engle Street, Englewood, NJ 07631-1898 |
| 518043969 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 518043970 | + | MD Partners of EHMC, PO Box 14099, Belfast, ME 04915-4034 |
| 518043973 | + | Micheal Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |
| 518209985 | | Northern Valley Anesthesiology, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518043975 | + | Radiology Associates, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518043976 | + | Radiology Associates of Ridgewood, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518043978 | + | The Valley Hospital, 223 N Van Dien Ave, Ridgewood, NJ 07450-2736 |
| 518043979 | + | Township of Paramus, 1 W Jockish Square, Paramus, NJ 07652-2728 |
| 518043982 | + | Valley Physician Services, PO Box 14099, Belfast, ME 04915-4034 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2022 20:44:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 20:45:36 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518043959 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 25 2022 20:44:00 | Atlantic City Electric, P.O. Box 17006, Wilmington, DE 19850-7006 |
| 518062869 | | Email/Text: bankruptcy@pepcoholdings.com | Mar 25 2022 20:44:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 518043961 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 25, 2022 | Form ID: plncf13 | Total Noticed: 40

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 25 2022 20:45:35 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 518125617 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2022 20:45:48 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518163840 | + | Email/Text: bankruptcy@cavps.com | Mar 25 2022 20:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518043967 | + | Email/Text: crdept@na.firstsource.com | Mar 25 2022 20:44:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 518043968 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 20:45:36 | GECRB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518043962 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 20:45:44 | Chase, Mail Code LA4-5475, 700 Kansas Lane, Monroe, LA 71203 |
| 518043963 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 20:45:34 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 518793285 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 20:45:27 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518190621 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 20:45:44 | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518043971 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2022 20:44:00 | MIdland Credit Management, ATTN: Bankruptcy, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518043977 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2022 20:44:00 | Santander Consumer USA, Inc., Attn: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 518045821 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 20:45:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518043980 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 25 2022 20:44:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518138514 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 25 2022 20:44:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518193729 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2022 20:45:39 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518043983 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 25 2022 20:43:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518043957 | | 19-13683 |
| 518043958 | ##+ | Aronow Law, PC, 20 Crossways Park Drive N, Suite 210, Woodbury, NY 11797-2007 |
| 518043972 | ##+ | McCalla Raymer Liebert Pierce LLC, 99 Wood Avenue, Suite 803, Iselin, NJ 08830-2713 |
| 518043974 | ##+ | North Short Agency, 270 Spagnoli Road, Suite 110, Melville, NY 11747-3515 |
| 518043981 | ##+ | Valley Emergency Room Assoc., PO Box 808, Grand Rapids, MI 49518-0808 |

TOTAL: 1 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 19-13683-JKS    Doc 85    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: plncf13 | Total Noticed: 40 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022                          Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | on behalf of Creditor D1 Softball  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Defendant Robert A. Del Vecchio  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Defendant D1 Softball  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Interested Party Robert Del Vecchio  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Javier L. Merino | on behalf of Debtor Michael Charles Bessette jmerino@dannlaw.com notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| Javier L. Merino | on behalf of Plaintiff Michael Charles Bessette jmerino@dannlaw.com notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13