UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Javier L. Merino
DannLaw
1520 US Highway 130, Suite 101
North Brunswick, NJ 08902
Phone: 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
Fax: 216-373-0536
notices@dannlaw.com

Order Filed on April 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael Charles Bessette

Case No.: 19-13683

Chapter: 13

Judge: Sherwood

# ORDER AUTHORIZING RETENTION OF
# THE DANN LAW FIRM

The relief set forth on the following page is **ORDERED**.

**DATED: April 17, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____DannLaw_____

as _____Attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted (see p. 5 below). The professional's address is: Dann Law
   1520 US Highway 130, Suite 101
   North Brunswick, NJ 08902

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

5. As set forth on the record at the hearing on Debtor's Application for Retention of the Dann Law Firm on March 24, 2022, the Dann Law Firm is required to communicate with Brian Hofmeister, who is counsel for D1 Softball, LLC and Robert Del Vecchio, LLC, about voluntarily withdrawing the Foreclosure Action on behalf of his clients before the Dann Law Firm files a motion to dismiss or otherwise proceeds in State Court with regard to the Foreclosure Action.