UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Javier L. Merino
DannLaw
1520 US Highway 130, Suite 101
North Brunswick, NJ 08902
Phone: 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
Fax: 216-373-0536
notices@dannlaw.com

**Order Filed on April 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michael Charles Bessette

| | |
|---|---|
| Case No.: | 19-13683 |
| Chapter: | 13 |
| Judge: | Sherwood |

# ORDER AUTHORIZING RETENTION OF
# THE DANN LAW FIRM

The relief set forth on the following page is **ORDERED**.

**DATED: April 17, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____DannLaw_____

as _____Attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted (see p. 5 below).

    The professional's address is:   Dann Law
    1520 US Highway 130, Suite 101
    North Brunswick, NJ 08902

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

5. As set forth on the record at the hearing on Debtor's Application for Retention of the Dann Law Firm on March 24, 2022, the Dann Law Firm is required to communicate with Brian Hofmeister, who is counsel for D1 Softball, LLC and Robert Del Vecchio, LLC, about voluntarily withdrawing the Foreclosure Action on behalf of his clients before the Dann Law Firm files a motion to dismiss or otherwise proceeds in State Court with regard to the Foreclosure Action.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Charles Bessette  
    Debtor

Case No. 19-13683-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 18, 2022      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Charles Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |
| aty | + | DannLaw, 1520 US Highway 130, Suite 101, North Brunswick, NJ 08902-3145 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | on behalf of Interested Party Robert Del Vecchio LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Creditor D1 Softball LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Defendant Robert A. Del Vecchio LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Brian W. Hofmeister | on behalf of Defendant D1 Softball LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Javier L. Merino | on behalf of Plaintiff Michael Charles Bessette jmerino@dannlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 18, 2022 | Form ID: pdf903 | Total Noticed: 2 |

notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

Javier L. Merino

on behalf of Debtor Michael Charles Bessette jmerino@dannlaw.com
notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

John R. Morton, Jr.

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Kevin Gordon McDonald

on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Melissa N. Licker

on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker

on behalf of Creditor JPMorgan Chase Bank National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13