Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 14, 2024

**Chapter 13 Case # 19-13683**

Re:  MICHAEL CHARLES BESSETTE  
416 CEDAR AVENUE  
PARAMUS, NJ  07652

Atty:  JAVIER L. MERINO  
DANN & MERINO, P.C.  
1520 US HIGHWAY 130  
SUITE 101  
NORTH BRUNSWICK, NJ  08902

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/06/2019 | $850.00 | 5681757000 | 04/05/2019 | $850.00 | 5762694000 |
| 05/06/2019 | $850.00 | 5839965000 | 06/05/2019 | $850.00 | 5919604000 |
| 07/05/2019 | $850.00 | 5996112000 | 08/06/2019 | $997.00 | 6075915000 |
| 09/09/2019 | $997.00 | 6160686000 | 10/04/2019 | $997.00 | 6230914000 |
| 11/07/2019 | $997.00 | 6315967000 | 12/18/2019 | $997.00 | 6414114000 |
| 01/21/2020 | $997.00 | 6497585000 | 02/21/2020 | $997.00 | 6575436000 |
| 03/19/2020 | $997.00 | 6649929000 | 06/04/2020 | $100.00 | 6844633000 |
| 07/07/2020 | $100.00 | 6925021000 | 08/05/2020 | $715.00 | 6994557000 |
| 09/09/2020 | $738.00 | 7075276000 | 10/06/2020 | $738.00 | 7142995000 |
| 11/09/2020 | $738.00 | 7222371000 | 12/08/2020 | $738.00 | 7294039000 |
| 01/06/2021 | $738.00 | 7362426000 | 02/08/2021 | $738.00 | 7439727000 |
| 03/08/2021 | $738.00 | 7510746000 | 04/07/2021 | $738.00 | 7585578000 |
| 05/06/2021 | $738.00 | 7655267000 | 06/08/2021 | $738.00 | 7730413000 |
| 07/07/2021 | $738.00 | 7796109000 | 08/06/2021 | $738.00 | 7864635000 |
| 09/09/2021 | $738.00 | 7937822000 | 10/08/2021 | $738.00 | 8003237000 |
| 11/08/2021 | $738.00 | 8069516000 | 12/08/2021 | $738.00 | 8134856000 |
| 01/10/2022 | $738.00 | 8199468000 | 02/08/2022 | $738.00 | 8265192000 |
| 03/08/2022 | $738.00 | 8328105000 | 04/06/2022 | $750.00 | 8389810000 |
| 05/06/2022 | $750.00 | 8453549000 | 06/06/2022 | $750.00 | 8512236000 |
| 07/28/2022 | $750.00 | 8612928000 | 08/22/2022 | $750.00 | 8662353000 |
| 09/27/2022 | $750.00 | 8730800000 | 10/26/2022 | $750.00 | 8787954000 |
| 11/21/2022 | $750.00 | 8837039000 | 12/23/2022 | $750.00 | 8897655000 |
| 01/25/2023 | $750.00 | 8958276000 | 02/23/2023 | $750.00 | 9013768000 |
| 03/22/2023 | $750.00 | 9068151000 | 04/21/2023 | $750.00 | 9124060000 |
| 05/25/2023 | $750.00 | 9184847000 | 06/22/2023 | $750.00 | 9234710000 |
| 07/24/2023 | $750.00 | 9289272000 | 08/21/2023 | $750.00 | 9338355000 |
| 09/20/2023 | $750.00 | 9389888000 | 10/26/2023 | $750.00 | 9449515000 |
| 11/28/2023 | $750.00 | 9503306000 | 12/26/2023 | $750.00 | 9547764000 |
| 01/22/2024 | $750.00 | 959522000 | 02/23/2024 | $750.00 | 9647388000 |
| 03/21/2024 | $750.00 | 9694713000 | 04/23/2024 | $750.00 | 9748691000 |

**Chapter 13 Case # 19-13683**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/22/2024 | $750.00 | 9795720000 | 06/24/2024 | $750.00 | 9847258000 |
| 07/25/2024 | $750.00 | 9897767000 | 08/30/2024 | $750.00 | 9953819000 |
| 09/26/2024 | $750.00 | 9995416000 | | | |

**Total Receipts: $49,663.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $49,663.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,850.39 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 3,394.50 | 100.00% | 3,394.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ARONOW LAW, PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ATLANTIC CITY ELECTRIC COMPANY | UNSECURED | 154.42 | 100.00% | 140.08 | 14.34 |
| 0004 | BERGEN ANESTHESIA GROUP, PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,227.73 | 100.00% | 1,113.69 | 114.04 |
| 0007 | JPMORGAN CHASE BANK NA | MORTGAGE ARR | 21,896.61 | 100.00% | 21,896.61 | 0.00 |
| 0008 | CITY MD URGENT CARE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | NORTHERN VALLEY ANESTHESIOLOGY | UNSECURED | 406.60 | 100.00% | 368.83 | 37.77 |
| 0012 | GECRB/CARE CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | MD PARTNERS OF EHMC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | RADIOLOGY ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | RADIOLOGY ASSOCIATES OF RIDGEWOC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | SANTANDER CONSUMER USA | VEHICLE SECURE | 429.63 | 100.00% | 429.63 | 0.00 |
| 0023 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | BOROUGH OF PARAMUS | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | TOYOTA MOTOR CREDIT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | VALLEY EMERGENCY ROOM ASSOC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | VALLEY PHYSICIAN SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 209.44 | 100.00% | 189.99 | 19.45 |
| 0030 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | CAVALRY SPV I LLC | UNSECURED | 1,433.35 | 100.00% | 1,300.21 | 133.14 |
| 0032 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 632.82 | 100.00% | 574.04 | 58.78 |
| 0033 | D1 SOFTBALL, LLC | SECURED | 16,692.53 | 100.00% | 16,692.53 | 0.00 |

Total Paid: $48,950.50
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ATLANTIC CITY ELECTRIC COMPANY | | | | | | | |
| | 05/10/2024 | $7.29 | 927318 | | 06/17/2024 | $26.21 | 928689 |
| | 07/15/2024 | $26.22 | 930192 | | 08/19/2024 | $26.21 | 931590 |
| | 09/16/2024 | $27.08 | 933074 | | 10/21/2024 | $27.07 | 934433 |
| BOROUGH OF PARAMUS | | | | | | | |
| | 06/17/2019 | $132.42 | 827290 | | 07/10/2019 | ($132.42) | 827290 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 05/10/2024 | $57.94 | 927631 | | 06/17/2024 | $208.43 | 929034 |
| | 07/15/2024 | $208.44 | 930518 | | 08/19/2024 | $208.43 | 931933 |
| | 09/16/2024 | $215.22 | 933393 | | 10/21/2024 | $215.23 | 934795 |

**Chapter 13 Case # 19-13683**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | | | | | | | |
| | 05/10/2024 | $67.65 | 927647 | | 06/17/2024 | $243.33 | 929048 |
| | 07/15/2024 | $243.34 | 930533 | | 08/19/2024 | $243.35 | 931948 |
| | 09/16/2024 | $251.26 | 933406 | | 10/21/2024 | $251.28 | 934808 |
| D1 SOFTBALL, LLC | | | | | | | |
| | 02/14/2022 | $659.66 | 885950 | | 03/14/2022 | $423.08 | 887651 |
| | 03/17/2022 | ($659.66) | 885950 | | 04/18/2022 | $841.36 | 889366 |
| | 05/16/2022 | $443.88 | 891061 | | 05/23/2022 | ($423.08) | 887651 |
| | 06/20/2022 | $710.92 | 892758 | | 07/18/2022 | $448.65 | 894467 |
| | 09/19/2022 | $448.65 | 897653 | | 10/17/2022 | $716.51 | 899307 |
| | 11/14/2022 | $716.51 | 900887 | | 12/12/2022 | $701.66 | 902434 |
| | 01/09/2023 | $701.66 | 903923 | | 02/13/2023 | $701.66 | 905455 |
| | 03/13/2023 | $701.66 | 907065 | | 04/17/2023 | $701.66 | 908669 |
| | 05/15/2023 | $701.66 | 910270 | | 06/12/2023 | $701.66 | 911744 |
| | 07/17/2023 | $701.25 | 913264 | | 08/14/2023 | $701.25 | 914783 |
| | 09/18/2023 | $701.25 | 916278 | | 10/16/2023 | $701.25 | 917755 |
| | 11/13/2023 | $701.25 | 919203 | | 12/11/2023 | $690.00 | 920622 |
| | 01/08/2024 | $690.00 | 921998 | | 02/12/2024 | $690.00 | 923353 |
| | 03/11/2024 | $690.00 | 924810 | | 04/15/2024 | $690.00 | 926247 |
| | 05/10/2024 | $498.18 | 927717 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 06/17/2019 | $282.00 | 827055 | | 07/15/2019 | $636.30 | 828914 |
| | 08/19/2019 | $547.46 | 830808 | | 09/16/2019 | $1,493.42 | 832876 |
| | 10/21/2019 | $966.03 | 834838 | | 11/18/2019 | $929.75 | 836945 |
| | 12/16/2019 | $929.75 | 838877 | | 02/10/2020 | $929.75 | 842634 |
| | 03/16/2020 | $929.75 | 844507 | | 04/20/2020 | $1,859.16 | 846450 |
| | 10/19/2020 | $132.31 | 857416 | | 11/16/2020 | $671.40 | 859211 |
| | 12/21/2020 | $671.40 | 860984 | | 01/11/2021 | $671.40 | 862866 |
| | 02/22/2021 | $671.40 | 864407 | | 03/15/2021 | $671.40 | 866370 |
| | 04/19/2021 | $671.40 | 867934 | | 05/17/2021 | $671.40 | 869890 |
| | 06/21/2021 | $682.29 | 871648 | | 07/19/2021 | $682.29 | 873505 |
| | 08/16/2021 | $682.29 | 875191 | | 09/20/2021 | $682.29 | 876911 |
| | 10/18/2021 | $682.28 | 878703 | | 11/17/2021 | $689.54 | 880411 |
| | 12/13/2021 | $689.54 | 882061 | | 01/10/2022 | $303.96 | 883701 |
| | 02/14/2022 | $426.35 | 885374 | | 03/14/2022 | $273.44 | 887102 |
| | 04/18/2022 | $521.73 | 888755 | | 05/16/2022 | $275.25 | 890518 |
| | 06/20/2022 | $428.74 | 892174 | | 07/18/2022 | $270.57 | 893933 |
| | 09/19/2022 | $270.57 | 897071 | | | | |
| NORTHERN VALLEY ANESTHESIOLOGY PA | | | | | | | |
| | 05/10/2024 | $19.19 | 928002 | | 06/17/2024 | $69.03 | 929460 |
| | 07/15/2024 | $69.03 | 930879 | | 08/19/2024 | $69.02 | 932341 |
| | 09/16/2024 | $71.28 | 933749 | | 10/21/2024 | $71.28 | 935195 |

**Chapter 13 Case # 19-13683**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | | | | | | | |
| | 07/15/2019 | $15.22 | 829890 | | 08/19/2019 | $9.07 | 831911 |
| | 09/16/2019 | $24.75 | 833900 | | 10/21/2019 | $16.01 | 835954 |
| | 11/18/2019 | $15.41 | 838006 | | 12/16/2019 | $15.41 | 839891 |
| | 02/10/2020 | $15.41 | 843653 | | 03/16/2020 | $15.41 | 845579 |
| | 04/20/2020 | $31.16 | 847529 | | 11/16/2020 | $13.47 | 860203 |
| | 12/21/2020 | $11.25 | 862055 | | 01/11/2021 | $11.25 | 863749 |
| | 02/22/2021 | $11.25 | 865578 | | 03/15/2021 | $11.25 | 867299 |
| | 04/19/2021 | $11.25 | 869097 | | 05/17/2021 | $11.25 | 870949 |
| | 06/21/2021 | $11.43 | 872776 | | 07/19/2021 | $11.43 | 874525 |
| | 08/16/2021 | $11.43 | 876229 | | 09/20/2021 | $11.43 | 878006 |
| | 10/18/2021 | $11.44 | 879736 | | 11/17/2021 | $11.56 | 881433 |
| | 12/13/2021 | $11.56 | 883069 | | 01/10/2022 | $5.09 | 884717 |
| | 02/14/2022 | $7.15 | 886437 | | 04/18/2022 | $13.32 | 889867 |
| | 06/20/2022 | $11.80 | 893260 | | 09/19/2022 | $9.06 | 898124 |
| | 10/17/2022 | $7.24 | 899773 | | 11/14/2022 | $7.24 | 901331 |
| | 12/12/2022 | $7.09 | 902880 | | 01/09/2023 | $7.09 | 904380 |
| | 02/13/2023 | $7.09 | 905927 | | 03/13/2023 | $7.09 | 907526 |
| | 04/17/2023 | $7.09 | 909142 | | 05/15/2023 | $7.09 | 910700 |
| | 06/12/2023 | $7.09 | 912187 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 05/10/2024 | $29.87 | 927317 | | 05/10/2024 | $9.88 | 927317 |
| | 06/17/2024 | $35.56 | 928688 | | 06/17/2024 | $107.43 | 928688 |
| | 07/15/2024 | $107.43 | 930191 | | 07/15/2024 | $35.56 | 930191 |
| | 08/19/2024 | $35.55 | 931589 | | 08/19/2024 | $107.44 | 931589 |
| | 09/16/2024 | $110.93 | 933073 | | 09/16/2024 | $36.72 | 933073 |
| | 10/21/2024 | $36.72 | 934432 | | 10/21/2024 | $110.94 | 934432 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: November 14, 2024.

Receipts: $49,663.00    -    Paid to Claims: $42,705.61    -    Admin Costs Paid: $6,244.89    =    Funds on Hand: $712.50

Unpaid Balance to Claims: $377.52    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($334.98)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.