| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael Charles Bessette<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−7494<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19−13683−JKS | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Michael Charles Bessette
> dba Five Star Painting

12/18/24    **By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-13683-JKS |
| Michael Charles Bessette | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 18, 2024 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Charles Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |
| aty | + | DannLaw, 1520 US Highway 130, Suite 101, North Brunswick, NJ 08902-3145 |
| aty | + | Susan B. Fagan-Rodriguez, Susan B. Fagan-Rodriguez, ESQ., 14 Elm Street, Morristown, NJ 07960-8101 |
| intp | + | Robert Del Vecchio, LLC, c/o Law Firm of Brian W. Hofmeister, LLC, 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648-2201 |
| 518043958 | + | Aronow Law, PC, 20 Crossways Park Drive N, Suite 210, Woodbury, NY 11797-2007 |
| 518043960 | + | Bergen Anesthesia Group, PC, PO Box 630, Franklin Lakes, NJ 07417-0630 |
| 518297729 | + | Borough of Paramus, New Jersey, C/O Paul Kaufman, Esq., 2 Executive Drive, Suite 530, Fort Lee, NJ 07024-3319 |
| 518043964 | + | City MD Urgent Care, PO Box 791516, Baltimore, MD 21279-1516 |
| 519498986 | + | D1 Softball, LLC, 20 Glenside Terrace, Montclair, NJ 07043-2529 |
| 518043965 | + | Debra Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |
| 518043966 | + | Englewood Hospital & Medical Center, 350 Engle Street, Englewood, NJ 07631-1898 |
| 518043970 | + | MD Partners of EHMC, PO Box 14099, Belfast, ME 04915-4034 |
| 518043972 | + | McCalla Raymer Liebert Pierce LLC, 99 Wood Avenue, Suite 803, Iselin, NJ 08830-2713 |
| 518043973 | + | Micheal Bessette, 416 Cedar Avenue, Paramus, NJ 07652-5708 |
| 518209985 | | Northern Valley Anesthesiology, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518043975 | + | Radiology Associates, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518043976 | + | Radiology Associates of Ridgewood, 20 Franklin Turnpike, Waldwick, NJ 07463-1744 |
| 518043978 | + | The Valley Hospital, 223 N Van Dien Ave, Ridgewood, NJ 07450-2736 |
| 518043979 | + | Township of Paramus, 1 W Jockish Square, Paramus, NJ 07652-2728 |
| 518043982 | + | Valley Physician Services, PO Box 14099, Belfast, ME 04915-4034 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 18 2024 20:56:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| cr | + | EDI: PRA.COM | Dec 19 2024 01:43:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518043959 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 18 2024 20:56:00 | Atlantic City Electric, P.O. Box 17006, Wilmington, DE 19850-7006 |
| 518062869 | | Email/Text: bankruptcy@pepcoholdings.com | Dec 18 2024 20:56:00 | Atlantic City Electric Company, Pepco Holdings, |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 518043961 |  | EDI: CAPITALONE.COM | Dec 19 2024 01:43:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 518125617 | + | EDI: AIS.COM | Dec 19 2024 01:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518163840 | + | Email/Text: bankruptcy@cavps.com | Dec 18 2024 20:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518043967 | + | Email/Text: crdept@na.firstsource.com | Dec 18 2024 20:56:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 518043968 | + | EDI: SYNC | Dec 19 2024 01:43:00 | GECRB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518043969 | ^ | MEBN | Dec 18 2024 20:52:43 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 518043962 |  | EDI: JPMORGANCHASE | Dec 19 2024 01:43:00 | Chase, Mail Code LA4-5475, 700 Kansas Lane, Monroe, LA 71203 |
| 518043963 |  | EDI: JPMORGANCHASE | Dec 19 2024 01:43:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 518793285 |  | EDI: JPMORGANCHASE | Dec 19 2024 01:43:00 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518190621 |  | EDI: JPMORGANCHASE | Dec 19 2024 01:43:00 | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518043971 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2024 20:56:00 | MIdland Credit Management, ATTN: Bankruptcy, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 519968844 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 18 2024 20:56:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518043977 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 18 2024 20:56:00 | Santander Consumer USA, Inc., Attn: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 518045821 | ^ | MEBN | Dec 18 2024 20:53:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518043980 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 18 2024 20:56:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518138514 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 18 2024 20:55:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518193729 | + | EDI: AIS.COM | Dec 19 2024 01:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518043983 | + | EDI: VERIZONCOMB.COM | Dec 19 2024 01:43:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518043957 |  | 19-13683 |
| 518043974 | ##+ | North Short Agency, 270 Spagnoli Road, Suite 110, Melville, NY 11747-3515 |
| 518043981 | ##+ | Valley Emergency Room Assoc., PO Box 808, Grand Rapids, MI 49518-0808 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 18, 2024 | Form ID: 3180W | Total Noticed: 44 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:**

**Name**   **Email Address**

Brian W. Hofmeister
　　on behalf of Creditor D1 Softball  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com

Brian W. Hofmeister
　　on behalf of Defendant Robert A. Del Vecchio  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com

Brian W. Hofmeister
　　on behalf of Defendant D1 Softball  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com

Brian W. Hofmeister
　　on behalf of Interested Party Robert Del Vecchio  LLC bwh@hofmeisterfirm.com, j119@ecfcbis.com

Denise E. Carlon
　　on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Javier L. Merino
　　on behalf of Debtor Michael Charles Bessette jmerino@dannlaw.com  9497659420@filings.docketbird.com

Javier L. Merino
　　on behalf of Plaintiff Michael Charles Bessette jmerino@dannlaw.com  9497659420@filings.docketbird.com

John R. Morton, Jr.
　　on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
　　on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
　　on behalf of Creditor JPMorgan Chase Bank  National Association laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
　　magecf@magtrustee.com

Marie-Ann Greenberg
　　on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Melissa N. Licker
　　on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hinshawlaw.com

Melissa N. Licker
　　on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mlicker@hinshawlaw.com

U.S. Trustee
　　USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15